IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00087–CMA–KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

      Plaintiff,

v.

CENTERRE CONSTRUCTION, a Colorado corporation,
MATSUO ENGINEERING, LLC, a Colorado limited liability company,
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a joint venture,
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation, and
MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC, a Colorado limited liability company,

      Defendants.

---

**ORDER**

---

This matter is before the court on the parties' joint "Motion for Order Implementing Federal Rule of Evidence 502(d)" [Doc. No. 33]. Having reviewed the motion and the attached "Agreement and Stipulation for the Preservation and Non-Waiver of Privileges and Protections for Inadvertently Produced Documents" [Doc. No. 33-1], this court

      **ORDERS**

Pursuant to the agreement of the parties and the authority granted this court under Federal Rule of Evidence 502(d), a party's inadvertent disclosure, in connection with discovery produced

in this case of any communication or information covered by the attorney-client privilege or entitled to work-product protection as recognized in the "Agreement and Stipulation for the Preservation and Non-Waiver of Privileges and Protections for Inadvertently Produced Documents," shall not constitute a waiver of such privilege or protection either in this litigation or in any other legal proceeding.

Dated this 8th day of May, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge