IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00087-CMA-KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

    Plaintiffs,

vs.

CENTERRE CONSTRUCTION, a Colorado Corporation
MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC, a Colorado Limited Liability Company

    Defendants,
_____

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' ANSWER AND COUNTERCLAIM [DOC. NO.31]**
_____

    Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff United States of America, for the use and benefit of Hudspeth & Associates, Inc., and Defendants, Centerre Construction, Inc.; Matsuo Engineering, LLC; Matsuo Engineering Centerre Construction, a Joint Venture; Matsuo-Centerre A Joint Venture, LLC; Berkley Regional Insurance Company; and Matsuo Engineering Centerre Construction a Joint Venture, LLC, hereby stipulate to a fourteen (14) day extension of time for Plaintiff to file an answer or otherwise respond to Defendants' Answer and Counterclaim [Doc. No. 31], up to and including May 30, 2014. Defendants' responsive pleading are currently due May 16, 2014. This is Plaintiffs' first extension of time to respond to the Counterclaim.

1

Pursuant to D.C.COLO.LCivR. 6.1(c), a copy of this Stipulation has been served upon by undersigned counsel on their respective clients or their clients' representatives.

Dated: May 16, 2014

Respectfully by submitted,

s/ Reed F. Morris

Reed F. Morris

Reed F. Morris, Esq.
Mallon & Lonnquist, LLC
3200 Chery Creek South Drive
Denver, CO 80209
Tel: 303-777-1411
Fax: 303-722-8502
E-mail: rmorris@mallon-lonnquist.com

Attorneys for Plaintiff:
Hudspeth & Associates, Inc.

s/ Edward T. DeLisle

Edward T. DeLisle

J. Douglas Scherling, Esq.
7086 Bell Drive
Colorado Springs, CO 80920
Tel: 719-229-7739
E-mail:  JDScherling@gmail.com

Edward T. DeLisle, Esquire
Cohen Seglias Pallas
Greenhall & Furman, P.C.
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
Tel: 215-564-1700
Fax: 215-564-3066
E-mail: edelisle@cohenseglias.com

Attorneys for Defendants:
Centerre Construction, Inc.
Matsuo Engineering, LLC
Matsuo Engineering Centerre Construction A Joint Venture
Matsuo-Centerre A Joint Venture, LLC,
Berkley Regional Insurance Company
and
Matsuo Engineering Centerre Construction A Joint Venture, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' ANSWER AND COUNTERCLAIM [Doc. No. 31]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Edward T. DeLisle, Esquire  
E-mail: edelisle@cohenseglias.com

J. Douglas Scherling, Esq.  
E-mail: JDScherling@gmail.com

Attorneys for Defendants:  
Centerre Construction, Inc.  
Matsuo Engineering, LLC  
Matsuo Engineering Centerre Construction A Joint Venture  
Matsuo-Centerre A Joint Venture, LLC,  
Berkley Regional Insurance Company  
Matsuo Engineering Centerre Construction A Joint Venture, LLC

s/Reed F. Morris  
_____  
Reed F. Morris, Esq.

In addition, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' ANSWER AND COUNTERCLAIM [Doc. No. 31]** was served contemporaneously on the undersigned counsel for Plaintiff and Defendants on their respective clients.

s/ Edward T. DeLisle  
_____  
Edward T. DeLisle, Esq.

s/Reed F. Morris  
_____  
Reed F. Morris, Esq.