IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00087-CMA-KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

    Plaintiffs,

vs.

CENTERRE CONSTRUCTION, a Colorado Corporation
MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC, a Colorado Limited Liability Company

    Defendants And Third-Party Plaintiffs,

Vs.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Company

    Third-Party Defendant.

_____

**ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**
_____

This matter comes before the Court on Plaintiff's Motion In Limine regarding evidence of an alternate rate offered by Defendants in their construction of the contract. Upon review of the Motion, the Court finds that Defendants' proposed use of evidence and argument on an alternative rate does not relevant and prejudicial as it does not comport with Colorado law regarding the theory of rescission of executed amendments. Therefore, Plaintiff's Motion is **GRANTED** and the Court will not receive exhibits or hear argument on the alternative rates.

2

Entered this _____ day of _____, 2015 by the Court.

_____
Hon. Christine M. Arguello
United States District Judge