# EXHIBIT 1

# Centerre Construction Inc.

4100 E. Mississippi Ave, Suite 1225  
Denver, CO 80246

Phone: 303-220-9400  
Fax: 303-220-9893

**AMENDMENT No. 00055**

Volume 1

| | | | |
|---|---|---|---|
| **TITLE:** Contract Closeout | | **DATE:** 11/14/2013 | |
| **PROJECT:** New Custom House Modernization | | **JOB:** 51002 | |
| **TO:** Attn: Chris Condon<br>Hudspeth & Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>Phone: 720-791-5562 | | **CONTRACT NO:** 13-2050 | |

| RE: | To: | From: | Number: |
|---|---|---|---|

## DESCRIPTION OF CHANGE

Each item listed below has backup documentation to support the dollar figures used in this amendment. We only give a brief description of each item on this cover page. ALL the backup documentation for each item MUST be reviewed in order to fully comprehend each issue.

Some of the individual change items are based on pricing provided to GSA in Matsuo Centerre's (MC) Contracting Officers Request for Final Decision (COFD), submitted on 2/12/14. The results of the COFD may force us to alter the dollar figures presented in this contract amendment. We reserve the right to modify the dollar figures in this contract amendment with a subsequent amendment, pending the results of our COFD.

| Item | Description | Stock# | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 00001 | Credit for amendments 2, 12, 15, 18, 22, 28, 33, 34, 37, 39, 42, 51, and 52 as outlined in Douglas Scherling's 11/8/13 rescission letter to H&A. Use reconciled quantities in item 4 below. | | 1.000 | LS | ($445,609.50) | 0.00% | $0.00 | ($445,609.50) |
| 00002 | Credit for amendments 30 and 53 for ACM work not included in item 1. Use reconciled quantites in item 4 below. | | 1.000 | LS | ($21,081.00) | 0.00% | $0.00 | ($21,081.00) |
| 00003 | Add back amendment 2 - credit was removed in item 1 per letter dated 11/8/13. This work was outside the scope in the base contract and reconciled quantities. | | 1.000 | LS | $2,850.00 | 0.00% | $0.00 | $2,850.00 |
| 00004 | Add reconciled quantities per attached spreadsheet and backup documentation. | | 1.000 | LS | $410,956.00 | 0.00% | $0.00 | $410,956.00 |
| 00005 | Credit 2nd Floor Demolition per included H&A Schedule of Values. H&A did not complete the work. See item 6 below. | | 1.000 | LS | ($51,081.00) | 0.00% | $0.00 | ($51,081.00) |
| 00006 | H&A completed about 16% of the original 2nd Floor Demolition required by contract. See item 5 above. | | 1.000 | LS | $8,172.96 | 0.00% | $0.00 | $8,172.96 |
| 07 | Credit for 2nd Floor ACM work not completed by H&A. The dollar value is from the included H&A Schedule of Values. | | 1.000 | LS | ($140,720.00) | 0.00% | $0.00 | ($140,720.00) |



Exhibit No.: 55  
Deponent: Matsuo  
Date/RPR: 11/14/14  
Hunter + Geist, Inc.

# Centerre Construction Inc.

**AMENDMENT**
**No. 00055**

4100 E. Mississippi Ave, Suite 1225  
Denver, CO 80246

Phone: 303-220-9400  
Fax: 303-220-9893

| m | Description | Stock# | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 00008 | H&A failed to remove any of the Ductwork in amendment 50. Amendment 50 is withdrawn. | | 1.000 | LS | ($19,725.00) | 0.00% | $0.00 | ($19,725.00) |
| 00009 | Credit 2nd Floor Window Removal per H&A Schedule of Values. H&A did not complete any of this work. | | 1.000 | LS | ($20,600.00) | 0.00% | $0.00 | ($20,600.00) |
| 00010 | Credit 2nd Floor Lead Removal per Remaining Amount on the included H&A Schedule of Values. H&A did not complete this work. | | 1.000 | LS | ($29,366.00) | 0.00% | $0.00 | ($29,366.00) |
| 00011 | Backcharge to H&A for Demolition of the blast doors that is in their base contract. Work performed by MC | | 1.000 | LS | ($2,082.76) | 0.00% | $0.00 | ($2,082.76) |
| 00012 | Bachcharge to H&A for Demolition work that is in their base contract. The Basement Trench demolition work was completed by Black Bear. | | 1.000 | LS | ($17,300.00) | 0.00% | $0.00 | ($17,300.00) |
| 00013 | Backcharge to H&A for leaving abatemnet debris and ACM work in the niche "slots" between floors. LVI had to clean up and abate the ACM debris left by Hudspeth in the niche "slots" between the 1st floor and the Basement. | | 1.000 | LS | ($37,472.50) | 0.00% | $0.00 | ($37,472.50) |
| 00014 | H&A failed to remove ALL of the Ductwork in contract amendment 49. LVI had to complete the ductwork removal. This is a backcharge to complete Hudspeth's work. | | 1.000 | LS | ($4,200.00) | 0.00% | $0.00 | ($4,200.00) |
| 00015 | Backcharge H&A for Demolition work performed by MC in the Basement. | | 1.000 | LS | ($21,803.54) | 0.00% | $0.00 | ($21,803.54) |
| 00016 | Backcharge H&A for Misc. T&M Abatement work performed by LVI. This work is in H&A's base Contract. | | 1.000 | LS | ($2,010.00) | 0.00% | $0.00 | ($2,010.00) |
| 00017 | H&A caused 34 days of project delay by walking off the job. This is MC's General Conditions fee for that delay. | | 34.000 | Days | ($3,508.00) | 0.00% | $0.00 | ($119,272.00) |
| 00018 | H&A caused 34 days of project delay by walking off the job. This is the Contract Administration fee for the Design Team during that delay. | | 34.000 | Days | ($350.80) | 0.00% | $0.00 | ($11,927.20) |
| 00019 | H&A caused 34 days of project delay by walking off the job. This is the Walsh Environmental fee for that delay. | | 1.000 | LS | ($2,657.51) | 0.00% | $0.00 | ($2,657.51) |

# Centerre Construction Inc.

4100 E. Mississippi Ave, Suite 1225  
Denver, CO 80246

Phone: 303-220-9400  
Fax: 303-220-9893

**AMENDMENT**  
**No. 00055**

| m | Description | Stock# | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 00020 | H&A caused 35 days of project delay due to lost containments on the 3rd and 4th floors This is MC's General Conditions fee for that delay. | | 35.000 | Days | ($3,508.00) | 0.00% | $0.00 | ($122,780.00) |
| 00021 | H&A caused 35 days of project delay due to lost containments on the 3rd and 4th floors This is the Contract Administration fee for the Design Team during that delay. | | 35.000 | Days | ($350.80) | 0.00% | $0.00 | ($12,278.00) |
| 00022 | H&A caused 35 days of project delay due to lost containments on the 3rd and 4th floors This is the Walsh Environmental fee for that delay. | | 35.000 | Days | ($620.60) | 0.00% | $0.00 | ($21,721.00) |
| 00023 | Backcharge costs MC incurred while repairing the soffit damage caused by H&A employees. | | 1.000 | LS | ($1,461.01) | 0.00% | $0.00 | ($1,461.01) |
| 00024 | Liquidated Damages assessed from 4/23/14 through 6/30/14 by GSA. | | 69.000 | Days | ($1,004.96) | 0.00% | $0.00 | ($69,342.24) |
| 00025 | 10.1% overhead and 10.9% profit on the total value of ($446,307.76) for items 11 through 24 above. | | 1.000 | LS | ($98,309.30) | 0.00% | $0.00 | ($98,309.30) |

|  |  |
|---|---|
| Unit Cost: | ($850,820.60) |
| Unit Tax: | $0.00 |
| Lump Sum: | $0.00 |
| Lump Tax: | $0.00 |
| Total: | ($850,820.60) |

| | |
|---|---|
| The Original Contract Sum was | $1,177,909.00 |
| Net Change by Previously Authorized Requests and Changes | $998,136.67 |
| The Contract Sum Prior to This Amendment was | $2,176,045.67 |
| The Contract Sum Will be Decreased | ($850,820.60) |
| The New Contract Sum Including This Amendment | $1,325,225.07 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Amendment Therefore is | ... |

**ACCEPTED:**

| Hudspeth & Associates, Inc. | Centerre Construction Inc. | |
|---|---|---|
| By: _____ | By: _____ | By: _____ |
| Chris Condon | Jesse Steinert | |
| Date: 8/11/2014 | Date: 8/11/2014 | Date: _____ |