# EXHIBIT 2

# Centerre Construction Inc.

4100 E. Mississippi Ave, Suite 1225  
Denver, CO 80246

Phone: 303-220-9400  
Fax: 303-220-9893

**AMENDMENT**  
**No. 00015**

| | |
|---|---|
| **TITLE:** 4th pipe insulation | **DATE:** 4/25/2012 |
| **PROJECT:** New Custom House Modernization | **JOB:** 51002 |
| **TO:** Attn: Chris Condon<br>Hudspeth & Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>Phone: 720-791-5562 | **CONTRACT NO:** 13-2050 |

**RE:**    **To:**    **From:**    **Number:**

**DESCRIPTION OF CHANGE**

Furnish labor, equipment and material to abate and dispose of the additional ACM pipe insulation on the 4th floor.

The contract was written to included the pipe insulation on mechanical and plumbing lines. The contract was also based on the survey and plan as provided by Walsh engineering. The quantity of the pipe insulation as indicated on the plan was exceeded by actual amount removed on site as recorded by Walsh. The additional material removal is the total amount of this amendment.

This unit price is not the unit price that will be used for future phase pipe insulation removal that may exceed the survey and contract amount. Discussions and agreements are that the future floors and phases will be done in a different manor so as to drastically reduce the unit cost.

| Item | Description | Stock# | Quantity | Units | Unit Price | Tax Rate | Tax Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 00001 | Additional pipe insualtion | | 3138.000 | lf | $38.00 | 0.00% | $0.00 | $119,244.00 |

|  |  |
|---|---|
| Unit Cost: | $119,244.00 |
| Unit Tax: | $0.00 |
| Lump Sum: | $0.00 |
| Lump Tax: | $0.00 |
| Total: | $119,244.00 |

| | |
|---|---|
| The Original Contract Sum was | $1,177,909.00 |
| Net Change by Previously Authorized Requests and Changes | $155,006.74 |
| The Contract Sum Prior to This Amendment was | $1,332,915.74 |
| The Contract Sum Will be Increased | $119,244.00 |
| The New Contract Sum Including This Amendment | $1,452,159.74 |
| The Contract Time Will Not Be Changed | |
| The Date of Substantial Completion as of this Amendment Therefore is | ... |

**ACCEPTED:**

Hudspeth & Associates, Inc.    Centerre Construction Inc.

By: _[signature]_ for Chris Condon    By: _[signature]_ PM  Jesse Steinert    By: _____

Date: 4/25/2012    Date: 4/25/2012    Date: _____

Exhibit No.: 14  
Deponent: Condon  
Date/RPR: 11/10/14  
Hunter + Geist, Inc. mt

H&A-005626