

V. UNIT PRICES

At Contractor's option, certain portions of the work may be performed on a Unit Price basis in accordance with the Unit Prices listed below. These Unit Prices include all Subcontractor markups for Taxes, Insurance, Overhead, and Profit.

A. Cost for demolition at condensate piping pockets 18" wide by 12 LF height. This unit pricing is intended to be added or subtracted from the quantity of plaster removal for the condensate pockets listed above. Price demolition of plaster at one pocket (per each):    ($50.00 per ea)

B. Cost for abatement of piping insulation and fittings at condensate piping pockets  (per LF)  ($40.00 per LF)

C. Cost to remove and properly dispose of Bakelite Fuse Boards (per each): ($50.00 per ea)

D. Cost to remove and properly dispose of fuses/buses (per each):  ($20.00 per ea)

E. Cost to remove and properly dispose of window caulking (per linear foot): ($7.00 per lf)

F. Cost to remove and properly dispose of ceiling tiles (per square foot): ($9.50 per ft2)

G. Cost to remove and properly dispose of ceiling tile adhesive (per square foot): ($4.25 per ft2)

H. Cost to remove and properly dispose of duct sealant (per linear foot): ($12.50 per lf)

I. Cost to remove and properly dispose of floor tile and associated mastic (per square foot): ($5.75 per ft2)

J. Cost to remove and properly dispose of lay-in ceiling panels (per square foot): ($10.75 per ft2)

K. Cost to remove and properly dispose of joint compound on drywall (per square foot): ($7.40 per ft2)

L. Cost to remove and properly dispose of adhesive (per square foot): ($4.00 per ft2)

M. Cost to remove and properly dispose of pipe fittings (per each): ($50.00 per ea)

N. Cost to remove and properly dispose of pipe insulation (per linear foot): ($47.00 per lf)

O. Cost to remove and properly dispose of pipe wrap (per linear foot): ($47.00 per lf)

P. Cost to construct full containment up to 100 square feet (per 100 ft2) of floor space: ($500.00 per 100 ft2)

Q. Cost to construct full containment between 100 and 500 square feet (per 100 ft2) of floor space: ($400.00 per 100 ft2)

R. Cost to construct secondary containment up to 100 square feet (per 100 ft2) of floor space: ($400.00 per 100 ft2)

S. Cost to construct secondary containment between 100 and 500 square feet (per 100 ft2) of floor space:  ($300.00 per 100 ft2)

T. Cost for additional mobilization/ demobilization other than those already intended (per event): ($3,000.00  per event)

U. Cost for supply and haul off of dumpster for ACM containing valves and gaskets (per dumpster): ($2,500.00 per dumpster)

VI. ALTERNATES

At Contractor's option, one or more of the following alternate items may be selected for inclusion as part of the scope of this Subcontract. If selected, such alternate items and their associated values shall be included into the Subcontract scope and amount by Change Order.

A. Alternate 002 Provide APM per Reg. 8    **$30,000.00**
B. Alternate 004 Strip wall covering at 2nd Floor    **$14,463.00**
C. Alternate – 2nd Floor Demolition. Includes walls, doors, millwork, and toilet partitions. Breakout excludes (included in base work): Mechanical room ceilings and floors, Windows, Ceilings and soffit demolition, Mechanical return air and ductwork access at tops of walls.    **$18,084.00**

MC0011496