# EXHIBIT 3

23-Apr-14

NCH - Hudspeth Quantity Reconciliation

Review of Walsh 100% design and MC actual ACM quantities vs. H&A actual ACM quantities

Number of Pipes in Niche: 2

| Material | Unit | Walsh 100% | MC Actual Numbers | H&A Actual Numbers | MC/H&A Actuals Variance | Notes | BIC / Status of Quantity Reconciliation | MC and H&A Difference | Actuals vs. Walsh +/- 10% | Hudspeth Unit Prices | Cost per H&A Unit Price | Adjusted Unit Prices | Cost Per Adjusted Unit Prices |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Floor 1** | | | | | | | | | | | | | |
| PF | EA | 420 | 619 | 619 | - | | Agreed | - | 157 | 50 | 7,850 | 50 | 7,850 |
| PI | LF | 773 | 3,163 | 3,163 | - | | Agreed | - | 2,313 | 38 | 87,883 | 28.59 | 66,120 |
| DS | LF | 1,768 | 3,346 | 3,346 | - | | Agreed | - | 1,401 | 12.5 | 17,515 | 12.5 | 17,515 |
| FT | SF | - | 6,451 | 6,451 | - | This was removed. Discussion was 60% v.100% Dwgs | Agreed | - | 6,451 | 4.5 | 29,030 | 4.5 | 29,030 |
| PS | LF | - | 8,039 | 8,039 | - | | Agreed | - | 8,039 | 38 | 305,482 | 28.59 | 229,835 |
| Niche Pipe | LF | 1652 | | | 0 | | | - | (1,652) | 38 | (62,776) | 28.59 | (47,231) |
| **Floor 3** | | | | | | | | | | | | | |
| PF | EA | 482 | 328 | 344 | (16) | H&A to provide additional signed quantity backup | H&A | 16 | (106) | 50 | (5,290) | 50 | (5,290) |
| PI | LF | 155 | 1,607 | 1,896 | (289) | H&A to provide additional signed quantity backup. Updated quanitity 4/15/14 | H&A | 289 | 1,437 | 38 | 54,587 | 28.59 | 41,070 |
| DS | LF | 2,144 | 1,288 | 1,288 | - | | Agreed | - | (642) | 12.5 | (8,020) | 12.5 | (8,020) |
| FT | SF | - | - | - | - | | Agreed | - | - | 4.5 | - | 4.5 | - |
| PS | LF | - | - | - | - | | Agreed | - | - | 38 | - | 28.59 | - |
| Niche Pipe | LF | 1298 | | | 0 | | | - | (1,298) | 38 | (49,324) | 28.59 | (37,110) |
| **Floor 4** | | | | | | | | | | | | | |
| PF | EA | 460 | 430 | 439 | (9) | Updated quantity 4/15/14 | Agreed | 9 | - | 50 | - | 50 | - |
| PI | LF | 645 | 3,547 | 3,582 | (35) | Walsh qtys includes 66' of pipe wrap. Updated quantity 4/15/14 | Agreed | 35 | 2,838 | 38 | 107,825 | 28.59 | 81,124 |
| DS | LF | 3,365 | 273 | 3,365 | (3,092) | MC Quantities per Walsh Backup dated 2012-02-01R | H&A | 3,092 | (2,756) | 12.5 | (34,444) | 12.5 | (34,444) |
| FT | SF | - | - | - | - | | Agreed | - | - | 4.5 | - | 4.5 | - |
| PS | LF | - | 290 | 290 | - | | Agreed | - | 290 | 38 | 11,020 | 28.59 | 8,291 |
| Niche Pipe | LF | 1416 | | | 0 | | | - | (1,416) | 38 | (53,808) | 28.59 | (40,483) |
| **Basement** | | | | | | | | | | | | | |
| PF | EA | 557 | 816 | 816 | - | Includes sub basement and childcare | Agreed | - | 203 | 50 | 10,165 | 50 | 10,165 |
| PI | LF | 2,403 | 3,501 | 3,501 | - | | Agreed | - | 858 | 38 | 32,593 | 28.59 | 24,522 |
| DS | LF | 3,128 | 1,627 | 1,627 | - | Qty was 1743 but after review meeting MC discovered a minor mistake and determined it should be 1627. MC emailed Chris C. the change | H&A | - | (1,188) | 12.5 | (14,853) | 12.5 | (14,853) |
| FT | SF | - | 3,300 | 3,300 | - | MC quantity per takeoff and verified in field | Agreed | - | 3,300 | 4.5 | 14,850 | 4.5 | 14,850 |
| FT at Trench | SF | 628 | 628 | 628 | - | To be removed per contract drawings | Agreed | - | - | 4.5 | - | 4.5 | - |
| PS | LF | - | 2,733 | 2,733 | - | | Agreed | - | 2,733 | 38 | 103,854 | 28.59 | 78,136 |
| Niche Pipe | LF | 354 | 265.5 | | 266 | | | (266) | (354) | 38 | (13,452) | 28.59 | (10,121) |
| | | | | | | | | | | Total Cost | 540,686 | Total Cost | 410,956 |

