IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00087 CMA-KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

    Plaintiff,

v.

CENTERRE CONSTRUCTION, a Colorado Corporation;
MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company;
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture;
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company; and
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,

    Defendants and Third Party Plaintiffs.

vs.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Company

    Third-Party Defendant.

**D.C.Colo.L.R. 7.1A CERTIFICATION OF COMPLIANCE FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE NOT PRODUCED IN DISCOVERY AND HEARSAY FED. R. CIV. P 1006 SUMMARIES**

Pursuant to D.C.Colo.L.R. 7.1A, the undersigned counsel hereby certifies that, as set forth in the fact section of the accompanying Defendants/Third Party Plaintiffs' Motion in Limine to Exclude Evidence Not Produced in Discovery and Hearsay Fed. R. Civ. P. 1006 Summaries ("the Motion"), incorporated herein by reference, prior to the filing of this motion, it made numerous attempts to obtain the requested discovery documents, and thereby resolve the discovery issues that form the basis for the Motion.

Respectfully submitted,

Dated: February 24, 2015

/s/ J. Douglas Scherling, Esq.
J. Douglas Scherling, Esq.
7086 Bell Drive
Colorado Springs, CO 80920
Tel: 719-229-7739
E-mail: JDScherling@gmail.com

/s/ Edward T. DeLisle, Esq.
Edward T. DeLisle, Esq.
Cohen Seglias Pallas Greenhall & Furman, P.C.
United Plaza, 19th Floor, 30 South 17th Street
Philadelphia, PA 19103
Tel: 215-564-1700  Fax: 215-564-3066
edelisle@cohenseglias.com

*Attorneys for Defendants Centerre Construction, Inc.
Matsuo Engineering, LLC, Matsuo Engineering
Centerre Construction A Joint Venture
Matsuo-Centerre A Joint Venture, LLC, and
Berkley Regional Insurance Company*