**EXHIBIT 3**



U.S. General Services Administration

August 16, 2013

<u>SENT VIA EMAIL</u>

Mr. Allan Matsuo
Matsuo Engineering/Centerre Construction A Joint Venture
1888 Sherman Street
Suite 760
Denver, CO 80203

Subject: <u>Contract Number GS-08P-10-JB-C-0007 Response to Discovery of additional ACM on the 2nd Floor, ARRA Partial Modernization Project New Custom House, 721 19th Street, Denver, Colorado</u>

Dear Mr. Matsuo:

The General Services Administration (GSA) is in receipt of your letter dated August 8, 2013 requesting an equitable adjustment to the contract for differing site conditions IAW FAR 52.236-2 and requests direction on how to proceed.

Please be advised that the GSA is rejecting this request as a differing site condition. Matsuo Engineering/Centerre Construction, A Joint Venture (MC) did not meet criteria set forth in the FAR Clause 52.236-2 specifically because of sub-paragraphs (1) and (2).

GSA deems that the Asbestos Containing Material (ACM) you state in your letter, as a differing site condition, is included in the base contract; therefore this is not considered added scope to the current contract.

Please be reminded that MC is obligated to perform the requirements of this contract.

If you have any questions, please contact Len Wilson at 303.236.2839.

Sincerely,

Dannie Crowder
Contracting Officer

Rocky Mountain Region
Public Buildings Service
P.O. Box 25546
Building 41, Room 246
Denver Federal Center
Denver, CO 80225-0546
www.rmrpbs.gov

Exhibit No.: 62
Deponent: Matsuo
Date/RPR: 11/14/14
Hunter + Geist, Inc.