**EXHIBIT 5**



Alfred Benesch & Company
7979 E. Tufts Ave., Suite 800
Denver, CO 80237
www.benesch.com
P 303-771-6868
F 303-741-6745

January 15, 2015

J. Douglas "Doug" Scherling, Esq.
7086 Bell Drive
Colorado Springs, CO 80920

Reference:    Opinions on Selected Items of the NCH (New Customs House Project)

Dear Mr. Scherling,

My opinions of the items requested and discussed follow below.

**Education/Training, Accreditations and Experience**

- Education/Training
    - ✓ B. A. in Geology from the University of Colorado at Denver (UCD)
    - ✓ EPA/AHERA training
        - Building Inspector - 1988
        - Management Planner - 1988
        - Project Designer – 1992
    - ✓ Colorado Department of Public Health and Environment
        - Air Monitoring Specialist – 1993
- Accreditations
    - ✓ EPA/AHERA
        - Building Inspector
        - Management Planner
        - Project Designer
    - ✓ Colorado Department of Public Health and Environment
        - Air Monitoring Specialist
- Experience
    - ✓ HWS Consulting Group Inc. – 1985
    - ✓ Alfred Benesch & Company – 2010
    (HWS and Benesch merged in 2010)
    Began as a Technician (Inspector and Air Monitoring) performing asbestos abatement related services with HWS in 1985, gained Project Management responsibilities in 1987 and have continued to provide this level of professional services since then. For over 29 years, I have been either providing or responsible for building inspections and reports, Management Plans, Operations and Maintenance (Management) Plans, Project Designs, Bidding Specifications and Documents, oversight of asbestos abatement projects, Environmental Air Monitoring, Final Visual Inspections and Final (Clearance) Air Monitoring on thousands of projects of varying size from just a few hundred dollars to several millions of dollars.

Mr. Scherling
Page | 2



The projects have been located throughout the United States and have been for a myriad of clients ranging from residential (very minor) to commercial (Financial Institutions and Retail), schools (K-12 and Colleges/Universities), hospitals, communications, energy and local (cities (Denver, Grand Junction and others) and counties (Jefferson, Denver and others), state (CDOT, CDOC, CDPHE and others) and federal governmental agencies (Veterans Affairs, General Services Administration and others).

**Asbestos Abatement Work Areas and Containment Requirements**

I have reviewed the drawings of the First Floor titled Level 1 – Abatement Plan Drawing No. HA-101.1 and 101.2 and the Third Floor titled Level 3 – Abatement Plan Drawing No. HA 103.1 and 103.2 that indicate the locations of the ACM that was to be abated as a part of the project. I have provided a marked up set of drawings that indicate, what I believe are, the areas that would be the most efficient and economical to construct secondary containments in to perform the abatement.

Asbestos abatement is required to be performed under controlled conditions. This discussion is based on the type of asbestos abatement being performed is the removal of the ACM (which includes removal of facility components) and not encapsulation, enclosure or Operations and Management Plans, which are three other types of asbestos abatement.

The levels of controls vary due to the type and amount of asbestos containing material (ACM) being removed. The controls typically include a work area. Work area means a room, group of rooms, or contiguous area sealed or contained by polyethylene barriers and/or walls for the purpose of eliminating air exchange between another room, group of rooms, or contiguous areas. The work area includes these polyethylene barriers (the "containment"), engineering controls such as negative pressure in the work area (achieved by installing and operating HEPA filter equipped fans to exhaust air from the work area to the exterior of the work area) and the installation of specifically constructed pathways into and out of the work area for workers and out of the work area for waste materials.

The pathway for workers to enter and exit the work area is known as the (Personal) Decontamination Enclosure System. The construction of this pathway varies for the type and amount of ACM being abated and the methods being utilized to abate the ACM.

- The most stringent requirement is a series of three (minimum) connected rooms, separated from the work area and from each other by air locks or curtained doorways. The rooms in this system are an Equipment Room, Shower Room, and Clean Room all separated by air locks or curtained doorways. This system is typically used in what is known as a "full containment".
- Less stringent requirements are a single chamber separated from the work area and outside the work area by curtained doorways and is typically used in what is known as a "secondary containment".



The pathway for waste materials out of the work area is known as the Waste Load Out unit. The Waste Load Out unit is a specially constructed airlock system utilized as a short-term storage area for bagged or barreled waste and as a port for transferring waste to the transport vehicle. This unit is separate from the Decontamination Enclosure System.

Full Containment consists of "critical barriers" and subsequent layers of polyethylene over all walls, floors and ceilings. Walls require two layers of 4 mil polyethylene and floors require two layers of 6 mil polyethylene with the ceiling requiring one layer of 4 mil polyethylene. Full Containment requires the installation of HEPA filter equipped fans exhausting air from the work area to outside the work area to establish negative pressure in the work area relative to outside the work area and a flow of air into the work area through both the Decontamination Enclosure System and the Waste Load Out area. Full Containment has a specific level of negative pressure to be established [-0.02" of water column per regulations, but -0.03" of water column per contractual requirement (U.S. Custom House Modernization Design Build Services Solicitation Number: GS-08P-10-JBC-0010, Denver, CO 100% Construction Documents, Base Design, Project Manual, Volume 1, August 12, 2011 Division 02 – Existing Conditions 02 80 13-6, Section 1.6 Special Considerations)] and a specific number of air changes for the work area (four changes per hour).

Full Containment is generally used when removal methods will generate friable ACM and is typically used for surfacing materials like structural fireproofing and acoustical/decorative finish materials on walls and ceilings and when not utilizing glovebag removal techniques or wrapping for component removal.

Secondary Containment means a system of airtight barriers to isolate the work area to prevent the migration of air from the work area. The airtight barriers (also known as "critical barriers") are typically polyethylene barriers installed over all openings into or out of the work area.

Generally, the polyethylene is also installed over all the surfaces (walls, floors, ceilings and objects) in the work area. Secondary Containment requires the installation of HEPA equipped fans exhausting air from the work area to outside of the work area to establish negative pressure in the work area relative to outside the work area and a flow of air into the work through the egress chamber. There is not a specific amount of negative pressure or number of air changes specified by regulation for the Secondary Containment. However, there is one contractually (U.S. Custom House Modernization Design Build Services Solicitation Number: GS-08P-10-JBC-0010, Denver, CO 100% Construction Documents, Base Design, Project Manual, Volume 1, August 12, 2011 Division 02 – Existing Conditions 02 80 13-6, Section 1.6 Special Considerations), which is -0.025" of water column for this project. Please reference the attached page, Titled Typical Asbestos Abatement Containment Detail authored by Walsh Environmental Scientists and Engineers.

Secondary Containment is generally used when removal methods are by glovebag techniques or component removal. The material typically removed by glovebag techniques is pipe insulation which includes straight run insulation (lagging) or fitting (elbows, tees, valves or unions) insulation.

Mr. Scherling
Page | 4



The materials or items typically removed by component removal are pipes, ducts or mechanical equipment with the ACM remaining on the item. The information provided indicates that Secondary Containment was chosen as the type of containment used on this project.

Component removal on this project, according to information and pictures provided by Centerre Construction personnel, was limited to the ducts between the diffusers on the exterior walls. The ducts are constructed of a cloth like material with an internal wire support system. The cloth like material is the portion of the duct that contains asbestos on this component. The ducts are fairly small (about 4 to 6" in diameter) and are sized to fit in between the diffusers (about 6 feet or less in length).

Selection of means and methods of removal are generally left up to the Asbestos Abatement Contractor as long as they comply with the regulations and any specific requirements included in the Bidding Documents, Project Design or Contract. The Bid Document/Contract Documents in Section 02 80 13 – 3 recommended Full Containment for all asbestos abatement procedures except for ceiling tile adhesive and what is termed "OSHA Drywall" (no containment required but negative pressure required), but allowed Secondary Containment to be utilized if certain criteria were met.

Hudspeth chose to perform all work in Secondary Containments, so no Decontamination Enclosure System, which includes a shower, was required at the Work Area. However, a shower could have been provided, at their option, at a location in the building but not connected to the Work Area. This type of shower is termed a "Remote Shower".

As Hudspeth chose to perform all work in Secondary Containments utilizing glovebag removal techniques or component removal, they were in compliance with the contract documents and in accordance with regulatory requirements.

**Work Area Size, Location and Modification Due to Convenience of the Asbestos Abatement Contractor**

Work Areas are generally sized and located according to three factors:

- Location and quantity of ACM to be removed
- Location of existing building structures that can be used to minimize the effort to construct containment of the Work Area
- Contractual Requirements

The Asbestos Abatement Contractor will choose one of these options based on site conditions, difficulty of the construction of the Work Area and what the contract allows to be done.



Generally, the location and sizes of the Work Areas (containments) are left up to the Asbestos Abatement Contractor as part of their Work Plan (Means and Methods) and sequencing (schedule). This allows the Asbestos Abatement Contractor to take advantage of the building's walls, floors, ceilings, entrances, exits, windows, stairwells, power sources, water sources etc. to plan and execute the asbestos abatement. This is where the Asbestos Abatement Contractor can plan to minimize the time, effort and money it will take to perform the work and bid appropriately to become the successful bidder.

Most well prepared Work Plans will have the least amount of Work Areas (containments) that require construction to perform the Work. As it takes time, effort and materials to construct Work Areas, the more that are constructed, the more it costs. Economy of Scale (the more asbestos abatement that can be performed inside of one large containment versus several smaller containments, the less expensive it is to do) is a rule of economics that works in the Asbestos Abatement Industry also.

Once an Asbestos Abatement Work Area is contained (the placement of critical barriers, installation of the polyethylene walls, floors and ceiling (if needed), the installation of the engineering controls to include HEPA filter equipped fans to establish negative pressure and Decontamination Enclosure System and Waste Load Out unit (if needed)), the boundaries of the Work Area are defined. If the Scope of Work stated that 500 linear feet of pipe insulation was present on five pipes 100 feet long separated horizontally by only inches, the Work Area would be sized to accommodate and contain the 500 linear feet. For example, the Work Area could be approximately 110 feet in length, up to ten feet wide and in place from the floor to the underside of the floor above. After the Work Area is constructed, additional pipes with asbestos containing insulation are discovered in close proximity to the five pipes (see above) already in the scope of work. The work of removing the newly discovered pipe insulation is additional work and a Change Order should be issued to address the change. The change should include only the removal and disposal of the pipe insulation. As the additional pipes are located inside of an already existing Work Area (Containment) that did not require any changes, charges for Containment would not be a part of the Change Order.

**Placement of Mechanical Systems**

Typical building construction, in efforts to minimize space that is not rentable and to reduce costs of installation, tend to place the pipes and ducts that connect mechanical systems and feed the building systems in closely grouped and convenient areas. These areas are affected by the building's architecture, structure and finishes, but almost always are hidden and grouped as much as possible.

Vertical stacks of pipes serving perimeter heat systems are typically found grouped together in chases (or niches or pockets) on the exterior walls. They generally originate in the lower level where the heating sources tend to be located and terminate on the highest level served by the system. Most chases will contain a supply and return pipe from this system. These pipes are almost always insulated to provide efficiency and to keep them from sweating and rusting.

Mr. Scherling
Page | 6



Vertical ducts are generally found in large chases located in central locations in the building core areas. The ducts originate in the Mechanical or Fan Rooms and then travel vertically to serve the designated levels of the building. The Mechanical or Fan Rooms could be located in the lower level, the upper level or on intermediate floors, depending on the design requirements. The ducts are almost always insulated to gain thermal efficiency.

Horizontal running pipes and ducts are generally installed in pathways above ceilings or in soffits. They are almost always found together to minimize the space used for this purpose. Typically, many buildings have the space above the ceilings in the hallways or corridors filled with pipes and ducts as they are present for the length and width of the building and are well suited for this use.

If the Mechanical Systems (domestic water, heating and cooling water, supply and return ducts for cooling and heating, etc.) require pipes and ducts, they will be located closely together in the same spaces as outlined above.

**Asbestos Abatement Work Area Clearances and Responsibilities of Involved Parties**

Asbestos abatement work area clearances are performed after all removal and cleaning (decontamination) has been performed by the Asbestos Abatement Contractor and consists of two parts, a visual inspection and aggressive air monitoring. The visual inspection is performed by two parties, the Supervisor for the Asbestos Abatement Contractor and the accredited AMS (Air Monitoring Specialist), who should be independent of the Asbestos Abatement Contractor. The aggressive air monitoring is performed by the AMS.

The removal of ACM designated by the contract documents and the cleaning of all dust and debris from the work area is the responsibility of the Asbestos Abatement Contractor. The Supervisor for the Asbestos Abatement Contractor is responsible for ensuring that the removal is complete and the area is ready for the AMS to perform the inspection to verify that the work has been performed in accordance with the contract documents and regulatory requirements. The AMS performs the visual inspection only to verify the area meets requirements, not to assist the Asbestos Abatement Contractor in the removal or cleaning efforts. The AMS does not direct or involve himself/herself with any of the Asbestos Abatement Contractors workers or procedures as it is not in his/her scope of duties or responsibilities.

Once the work area has met visual clearance criteria, the AMS performs the aggressive air clearance procedures. Often there is a wait time for the HEPA fans to change the air in the work area multiple times or a set number of hours prior to the AMS performing the aggressive air clearance. Also, the Asbestos Abatement Contractor could apply a lockdown material to the surfaces inside the work area after meeting visual clearance criteria and drying time must be allotted to this effort as the entire work area must be dry prior to the aggressive air clearance being performed.

Mr. Scherling
Page | 7



The aggressive part of the air clearance is the disturbing of all surfaces in the work area (except any remaining ACM) using a 1 hp or equivalent leaf blower to generate airflow for a set amount of time per square foot of work area.

After the leaf blowing is performed, then the AMS sets the air sampling equipment, calibrates it, records all information and performs the air monitoring. After collection of the required amount of sample, the AMS checks the calibration on each air sampler and ends the sampling period. All information is again recorded and the samples should be delivered to an accredited laboratory for analysis.

If the analysis of the air samples provides results that meet clearance criteria, asbestos abatement is complete. If the results do not meet clearance criteria, the Asbestos Abatement Contractor must perform additional cleaning and the clearance process begins again.

**Variances of Estimated Quantities provided by Asbestos Abatement Professionals for Bidding Purposes**

Typically quantities provided in Bidding Documents or Project Designs for Asbestos Abatement are estimated quantities. This is due to many circumstances which limit the ability of the Asbestos Abatement Professional (Building Inspector or Project Designer) to gather exact quantities such as but not limited to:

- ACM located in hidden areas
- ACM located in inaccessible areas
- Inspections being performed in occupied buildings which limit inspection activities
- Restrictions on the amount of invasive activities to be performed during an inspection

Therefore, as a standard accepted throughout the asbestos abatement industry, a variance of provided estimated quantities of up to 10% (plus or minus) is accepted and used for bidding purposes.

What this means is, if there is up to 10% more ACM to be removed the Asbestos Abatement Contractor will accept this additional amount as part of the work and not request an increase of monies to perform the removal and if there is up to 10% less ACM to be removed the Owner will not request a deduction of monies from the Asbestos Abatement Contractor.

However, if change orders for increases/decreases, due to the increases/decreases exceeding the 10% variance, are sought by either the Asbestos Abatement Contractor or the Owner, the 10% variance in quantities is no longer used and the changes are based on the actual quantities that are documented and verified by the Asbestos Abatement Contractor, Asbestos Abatement Consultant and Owner.

Mr. Scherling
Page | 8



### Reconciliation of Project Scope and Cost Changes for Determination of Final Project Cost

On a perfect project all changes in scope and cost would be discussed and change orders issued and approved prior to the work being performed. Actually, on a perfect project, there would not be a need for any change orders. But we do not live in a perfect world and there are not any perfect projects.

So, many times at the end of complicated long duration projects, even with many approved change orders to cover unforeseen circumstances, there is a need to perform a reconciliation of all related work on the project. This includes the original scope of work and all increases and decreases in work, whether by approved change order or performed without an approved change order.

If unit rates are available to use to base any increase or decrease on and are applicable, then they should be used to determine the increase or decrease.

If unit rates are not available or the work performed is not covered by a provided unit rate, then the Asbestos Abatement Contractor and Owner should discuss the increase or decrease to come to an agreement on the increase or decrease.

The Asbestos Abatement Contractor should always provide substantiation of any changes in scope and cost to allow the Owner to review, question and approve or not approve. Most contract documents, and specifically the one for this project, require the Asbestos Abatement Contractor to provide this information and to have prior approval to perform any work that is not in the original scope of work prior to performing the work.

### Expectations of an "Experienced or Knowledgeable Asbestos Abatement Professional" in the Bidding Process

As discussed in the section of Variances of Estimated Quantities, provided by Walsh (Walsh Environmental Scientists and Engineers) who are Asbestos Abatement Professionals, for Bidding Purposes, it is very difficult to impossible to provide exact accurate information in a Project Design or bidding document for Asbestos Abatement.

The estimated quantities and locations are provided to assist the Asbestos Abatement Contractor in the preparation of a realistic performance schedule and bid.

The written Scope of Work, Drawings and Specifications defining the work to be done are prepared on the basis of interpretation of information derived from work site investigations performed by accredited Building Inspectors and Project Designers. Such information and data collected are subject to investigation and sampling errors or limitations.



The "Experienced or Knowledgeable Professional" is expected to be knowledgeable and aware of the potential for investigation and sampling errors or limitations. The "Experienced or Knowledgeable Professional" is also expected to knowledgeable about building construction, building systems, mechanical systems and related items.

The "Experienced or Knowledgeable Professional" is expected to realize and take into consideration during the bidding process that not everything can or will be discussed in the Bidding Document or Project Design or shown on the drawings.

For example:

- if information is provided indicating the presence of a hidden pipes serving the perimeter heat system with ACM insulation on them in vertical chases (also described as niches, encasements or pockets) on a floor of a building, then the "Experienced and Knowledgeable Professional" is expected to be able to extrapolate that the chases would not only be on the indicated floor but also be present on all floors that the hidden pipe system serves.
- if pipes or ducts are indicated as being present in chases, soffits or above ceilings, the "Experienced or Knowledgeable Professional" is expected to know that other pipes or ducts have a high potential to be located in close proximity to the pipes and ducts that are indicated and would need to be taken into consideration for working in those areas

The Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22, states in Section 3. Scope of Work, a. Demolition, item iv. "Includes demolition of (59/floor) 18" wide plaster/drywall encasements of condensate piping at the 1st, 2nd, 3rd and 4th floors from the structural deck below to structural deck above", and in c. Abatement , Item ii. "Condensate piping insulation and fittings at locations as indicated above for the plaster demolition as these same pockets" and f. Unit prices item i. "Demolition of plaster at condensate piping pockets. This unit pricing is intended to be added or subtracted from the quantity of plaster removal for the condensate pockets listed above. Price demolition of plaster at one pocket and item ii. Abatement of piping insulation and fittings at condensate pockets. Price abatement at one pocket".

The Unit Rates included in the DEMOLITION AND ASBESTOS ABATEMENT BID FORM UNITED STATES NEW CUSTOMS HOUSE MODERNIZATION OVERALL PHASE Bid Pack #2 have two items that refer to the pockets, niches or chases:

Cost for demolition at condensate piping pockets 18" wide by 12 LF height, this unit pricing is intended to be added or subtracted from the quantity of plaster removal for the condensate pockets listed above. Price demolition of plaster at one pocket (per each):
_____ ($ per ea)

Cost for abatement of piping insulation and fittings at condensate piping pockets (per LF)
_____ ($ per LF)



The Centerre Construction Inc. Standard Subcontract Form dated 8/24/11 between Centerre Construction Inc. and Hudspeth and Associates, Inc. and Subcontractor Scope Exhibit B dated 7/28/11 also references these item specifically on Page 2 of Exhibit B (Subcontractor Scope) under Demolition Item 36 and on Page 3 under Abatement Item 75.

Mr. Jesse Steinert's (Matsuo Engineering –Centerre Construction) notes from the mandatory Jobsite Walk Thru at NCH on June 24, 2011 indicate these items were brought to the attention of the attendees during the Walk Thru. Also the Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22 states that questions, if any, are due on June 30, 2011. According to information provided by Centerre Construction personnel, no questions were received. The lack of questions indicate that the scope of work etc. for the project was understood by all attendees.

Items 8, 13, 14, 15 and 16 in Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22 all pertain to the situation of if there are any questions, omissions, lack of appropriate information or detail, misrepresentation etc., the Bidder is obligated to bring such to the attention of Matsuo Engineering –Centerre Construction, in written format, so it can be remedied.

The above statements and provided information indicate sufficient information was provided during the bidding process to allow all bidders to become informed and knowledgeable with the building and project. Also, if there were questions or inconsistencies or gaps in the information, an avenue to address these situations was provided.

**Unit rates for Pipe Insulation and Pipe Insulation Sealant**

The Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22, 2011 states on the Unit Rate Bid Sheet "*that construction of a containment required for removal of additional materials will be added to the applicable unit rates for the specific material to be removed. Therefore, do not include the cost for containment construction in the costs for removal of additional materials*".

I have reviewed H&A – 005323 (Abatement of Typical 1,000 LF of ACM Pipe Insulation) and H&A-005324 (Abatement of Typical 1,000 LF of Pipe Insulation with ACM Sealant (Pookie)). It appears that the costs to construct containment for the removal of additional materials are included in calculations on these documents, i.e. Pre-clean, set up containment and negative air – ACM Laborer – 180 hours - $28.95/hour = $5,211 along with time from the ACM Supervisor and materials needed for the construction of the containment.

Mr. Scherling
Page | 11



One other item that does not appear to belong in the unit price for abatement of ACM pipe insulation is the "Remove and dispose of clean materials to prepare for abatement" which is interpreted to mean demolition of non ACM to access the ACM pipe insulation. The demolition of non ACM is part of the demolition work and not the asbestos abatement and was performed prior to asbestos abatement beginning. The example here is - Remove and dispose of clean materials to prepare for abatement – Demo Laborer – 60 hours - $22.50/hour = $1,530 and would additionally include time for supervision and costs for materials and disposal.

The following line items are related to the cost of constructing containment or demolition and should not be included in the unit rate.

H&A – 005323 (Abatement of Typical 1,000 LF of ACM Pipe Insulation) and H&A – 005324 (Abatement of Typical 1,000 LF of Pipe Insulation with ACM Sealant (Pookie) - The two documents are identical except for the title.

Labor Costs

- Remove and dispose of clean materials to prepare for abatement – Demo Laborer – 60 hours @ $22.50/hour = **$1,530**
- Pre-clean, set up containment and negative air – ACM Laborer – 180 hours @ $28.95/hour = **$5,211.00**
- ACM Supervisor – 90 hours x 25% = 22.5 hours @ $37.50/hour = **$843.75**
(Estimated effort for demolition and containment construction at 25% of total labor)

Other Expenses

Materials (Estimated use during containment construction is 90%)
- 6 Mil Clear 20 x 100 Poly (roll) - 3 each @ $78.14/roll = $234.42 x 90% = **$210.98**
- Reis Spray Adhesive (can) – 45 each @ $2.73/can = $122.85 x 90% = **$110.57**
- Orange Vinyl Tape 3" (roll) – 40 each @ $5.85/roll = $234.00 x 90% = **$210.60**

*No dollars are allocated to the disposal of the demolition material in this equation as there is not a quantity provided nor a cost related to the disposal of demolished materials provided

Labor and Other Expenses related to demolition and containment construction - **$8,116.90**
Overhead (9%) = **$730.52**
Profit (10%) = **$884.74**
Total Cost related to containment construction - **$9,732.16**

Total provided by H&A - **$38,199.63**
Subtract above costs - **$9,732.16**
New Total for (Abatement of Typical 1,000 LF of ACM Pipe Insulation) - **$28,467.47** or a LF price of ($28,467.47/1,000 LF) = **$28.48**

Mr. Scherling
Page | 12



**Documents reviewed during this process**

- Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22, 2011
- Mr. Jesse Steinert's copy of the Matsuo Engineering-Centerre Construction New Custom House Modernization, Implementation Phase Abatement Bid Pack #2 dated June 22, 2011 used during the mandatory Jobsite Walk Thru on June 24, 2011
- H&A – 005323 (Abatement of Typical 1,000 LF of ACM Pipe Insulation)
- H&A – 005324 (Abatement of Typical 1,000 LF of Pipe Insulation with ACM Sealant (Pookie)
- Hudspeth & Associates, Inc.- 0995.00 U.S. Custom House Modernization – Plan of Action H&A001-000121 through 001-00124
- GSANCH 2011-08-12 100% CD BASE Project Manual Vol. 1
- GSANCH 2011-08-12 100% CD BASE Project Manual Vol. 2
- GSANCH 2011-08-12 100% CD BASE Project Manual Vol. 3
- NCH – Base Design Abatement Dwgs 6-17-11
- Centerre Construction Inc. Standard Subcontract Form dated 8/24/11 between Centerre Construction Inc. and Hudspeth and Associates, Inc. and Subcontractor Scope Exhibit B dated 7/28/11

Respectfully submitted,

Alfred Benesch and Company

Curtis R. Johnson
Project Manager

00151076.00


Attachments:

Typical Asbestos Abatement Containment Detail authored by Walsh Environmental Scientists and Engineers

1st Floor Drawing of U.S. Customs House depicting the areas that would be the most efficient and economical to construct secondary containments in to perform the abatement.

3rd Floor Drawing of U.S. Customs House the areas that would be the most efficient and economical to construct secondary containments in to perform the abatement.