**EXHIBIT 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00087-CMA-KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

    Plaintiffs,

vs.

CENTERRE CONSTRUCTION, a Colorado Corporation
MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC, a Colorado Limited Liability Company

    Defendants And Third-Party Plaintiffs,

Vs.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Company

    Third-Party Defendant.

## DECLARATION OF CHRIS CONDON

Christopher Condon, being duly sworn, testifies and deposes as follows:

1. I am an employee of Hudspeth & Associates ("Hudspeth"), and I am competent and have the personal knowledge and foundation to provide the statement set forth in this declaration.

2. I was the Project Manager for Hudspeth's work on the New Customs House Project that is the subject of this above-captioned case.

    a. I was not retained or specially employed to provide expert testimony in the case.

    b. I am not an employee whose duties as Hudspeth's employee regularly involve giving expert testimony.

1

      c. I have never provided expert testimony in any lawsuit nor have I been previously offered to provide expert testimony.

3. Daniel Moss is also an employee of Hudspeth and served as Superintendent and Assistant Project Manager for the Project that is the subject of this above-captioned case.

      a. Daniel Moss was not retained or specially employed to provide expert testimony in the case.

      b. Daniel Moss is not an employee whose duties as the Hudspeth's employee regularly involve giving expert testimony.

      c. Daniel Moss has never provided expert testimony in any lawsuit nor has he been been previously offered to provide expert testimony.

Further Affiant Sayeth Naught.

_____
Christopher Condon

STATE OF COLORADO        )
                         )ss.
COUNTY OF Arapahoe       )

    Subscribed and sworn to before me this 24th day of March, 2015, by Christopher Condon.

Witness my hand and official seal.

My Commission Expires: 7/10/15

DANETTE J BRANCIO
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 19954009346
My Commission Expires 07/10/2015

Notary Public

2