**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00087 CMA-KMT

UNITED STATES OF AMERICA, for the use and benefit of HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

    Plaintiff,

v.

CENTERRE CONSTRUCTION, a Colorado Corporation;
MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company;
MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture;
MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company; and
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,

    Defendants

## Defendant's Fed Rule 26(a)(1) Disclosures

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Order Setting the Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting [Doc. No. 4][1], Defendants Centerre Construction, Inc. (Centerre"); Matsuo Engineering, LLC ("Matsuo"); Matsuo Engineering Centerre Construction, a Joint Venture; Matsuo-Centerre a Joint Venture, LLC; and Berkley Regional Insurance Company ("Berkley") provide the following initial disclosures.

By providing the information below, Defendants do not waive any objections that any Defendant may have regarding such information.  Further Defendants provide the information subject to any such objections that any Defendant may possess, now or in the future, regarding the testimony of witnesses listed, or the admissibility of the

---

[1] Defendants received the Court's Order via email on March 13, 2014.

1

documents described. Defendants reserve the right to supplement or amend this information, up to and including the time of trial.

### Individuals Likely To Have Discoverable Information, Rule 26(a)(1)(A)(i)

The following represents Defendants Initial Disclosure of individuals likely to have discoverable information, along with the subjects of that information that Defendants may use to support their claims or defenses in this matter:

*See* **Attachments 1 and 2. By way of further explanation, Attachment 1 contains** a listing of individuals likely to have discoverable information that may be used by Defendants to support their claims and defenses. This listing identifies individuals by entity and titles/roles, and provides entity contact information. Due to the design/build nature of the New Custom House Project, and the duration of the Project, most of the personnel listed likely have some sense of the project as a whole. **Attachment 2** identifies specific areas, about which certain individuals who were directly involved with the Project may have knowledge. In addition to the areas of knowledge listed on Attachment 2, Steve Hritz and Allan Matsuo - as principals of their respective companies - were also the managers/members of the joint ventures and of the joint venture LLC. Together, they had overall oversight of the Project, with the understanding that Allan Matsuo as an engineer would be primarily responsible for the design portion of the design/build work while Steve Hritz would be primarily responsible for the construction portion.

Certain individuals listed on Attachment 1 are no longer employed by Centerre. Specifically, Ron Black is no longer employed as a Centerre superintendent. His last known address is 10042 Bristlerridge St., Parker, CO 80134. Rod Schaub is also no

longer employed as a Centerre superintendent, his last known address is 8239 Three Eagles Drive, Fort Collins, CO 80528.

Berkley Regional Insurance Company provided the Payment and Performance Bonds for this Project and received Hudspeth's Notice of Claim and information from Hudspeth and Defendants Matsuo Engineering Centerre Construction, A Joint Venture and Centerre.

Bennett Wagner & Grody Architects, PC; Cator, Ruma & Associates and Walsh Environmental Scientist and Engineers, LLC ("Walsh") were all sub-design contractors primarily responsible for design efforts under this design/build Project. Their respective efforts did include follow-on efforts during construction to address concerns that arose/arise. Walsh's efforts among other things included abatement monitoring, inspections and reporting.

Benesch Engineers is an environmental consultant retained by Centerre to provide abatement quality assurance.

Scheduling Consultants, Ltd. provided scheduling services to Matsuo Engineering Centerre Construction, A Joint Venture and Centerre on this Project.

LVI Environmental Services, Inc. completed work during the implementation phase of the Project and took over the remaining demolition and abatement scope of work when Hudspeth left the Project; most of this work involved the 2nd floor and the basement.

RK Mechanical, Inc. and ADK Electric Corp. are subcontractors on this Project and may have discoverable information regarding ACM.

OSHA's Derek Engard investigated an ACM spill during the performance period of this Project.

GSA was the owner of the building where the Project is located and contracted with Matsuo Engineering Centerre Construction, A Joint Venture to complete this Project.

Jacobs Engineering provides GSA with construction management services to assist GSA in overseeing the work on this Project.

Defendants note that, as of the date of these initial disclosures, Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Join an Additional Party [Doc. No. 19 (Hudspeth's Unopposed Mot.)] has been granted [Doc. No. 23] and that Plaintiff is expected to file its Amended Complaint no later than April 9, 2014. Therefore, Defendants' Answer, anticipated Cross- and Counterclaim(s) and Third Party Complaint(s) (if any), have not yet been filed. Defendants will provide supplemental disclosures of individuals likely to have discoverable information, if necessary, after filing their Answer, Cross- and Counterclaim(s) and Third Party Complaint(s) in this matter.

**Documents, Electronically Stored Information, and Tangible Things in Centerre's Possession, Custody or Control, Rule 26(a)(1)(A)(ii)**

The following represents Defendants Initial Disclosure of Documents, Electronically Stored Information, and Tangible Things in their possession, custody or control that Defendants may use to support their claims or defenses in this matter:

The project files are maintained by Defendants Matsuo; Centerre; and Matsuo Engineering Centerre Construction, A Joint Venture and by Matsuo Engineering Centerre Construction, A Joint Venture, LLC and include, but are not limited to:

4

correspondence, emails, subcontracts, schedules, daily reports, inspections, monitoring reports, contract documents, drawings, specifications, cost reports, RFP documents, amendments, RFIs, change orders, modifications, proposals, certified payrolls, estimates, design/build documents, meeting minutes, cost reports, invoices, and other records. It also includes all documents in their possession related to: Hudspeth's scope of work on the Project; Hudspeth's claims; Defendants' will provide relevant, non-privileged documents as requested by Plaintiff. All of the documents in Defendants' possession are available for inspection by Plaintiff at a mutually convenient time, upon reasonable notice.  Defendant Berkley maintains its own files which consist of documents from Defendants Matsuo; Centerre; and Matsuo Engineering Centerre Construction, A Joint Venture and from Matsuo Engineering Centerre Construction, A Joint Venture, LLC and as provided by Plaintiff.

On March 26, 2014, Defendants delivered to Plaintiff's counsel an electronic copy (DVD) of the Matsuo Engineering Centerre Construction, A Joint Venture's Request for a Contracting Officer's Final Decision dated February 12, 2014, including a copy of an executed transmittal.

Counsel for Plaintiff and Defendants have agreed to exchange these initial disclosures via electronic media (DVD, thumb drives, or external hard drives) on or before the scheduling and planning conference with the Court on April 15, 2014

Defendants note that, as of the date of these initial disclosures, Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Join an Additional Party [Doc. No. 19 (Hudspeth's Unopposed Mot.)] has been granted [Doc. No. 23] and that Plaintiff is expected to file its Amended Complaint no later than April 9, 2014.

Therefore, Defendants' Answer, anticipated Cross- and Counterclaim(s) and Third Party Complaint(s) (if any), have not yet been filed. Defendants will provide supplemental disclosures of individuals likely to have discoverable information, if necessary, after filing their Answer, Cross- and Counterclaim(s) and Third Party Complaint(s) in this matter.

### Computation of each Category of Damages, Rule 26(a)(1)(A)(iii)

Defendants note that, as of the date of these initial disclosures, Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Join an Additional Party [Doc. No. 19 (Hudspeth's Unopposed Mot.)] has been granted [Doc. No. 23] and that Plaintiff is expected to file its Amended Complaint no later than April 9, 2014. Therefore, Defendants' Answer, anticipated Cross- and Counterclaim(s) and Third Party Complaint(s) (if any), have not yet been filed. Defendants will provide supplemental disclosures of individuals likely to have discoverable information, if necessary, after filing their Answer, Cross- and Counterclaim(s) and Third Party Complaint(s) in this matter.

### Insurance Agreement(s), Rule 26(a)(1)(A)(iv)

Defendants aver that there is no applicable "insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment." However, on April 5, 2010, Matsuo Engineering Centerre Construction, A Joint Venture, LLC, as principal, and Defendant Berkley, as surety, executed a payment bond relating to the subject Project. As a result, Berkley may be liable to satisfy all or part of any possible judgment in this action. Berkley is a named Defendant in this action. Matsuo Engineering Centerre Construction, A Joint Venture, LLC is not a party in this action.

## Expert Testimony, Rule 26(a)(2)

Defendants will disclose any expert witnesses at such time as established by the Court and in accordance with the applicable rules of civil procedure.

## Reservation of Rights

The information provided in these disclosures was made based upon information reasonably available to counsel for Defendants as of this date. Defendants, by and through their attorneys, reserves the right to amend or supplement these initial disclosures if and when information is made available to it or its counsel.

Respectfully submitted,

Dated: April 8th, 2014

    /s/ J. Douglas Scherling
J. Douglas Scherling

J. Douglas Scherling, Esq.
7086 Bell Drive
Colorado Springs, CO 80920
Tel: 719-229-7739
E-mail:  JDScherling@gmail.com

Edward T. DeLisle, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
Tel: 215-564-1700
Fax: 215-564-3066
E-mail: edelisle@cohenseglias.com

Attorneys for Defendants:
Centerre Construction, Inc.
Matsuo Engineering, LLC
Matsuo Engineering Centerre Construction A Joint Venture
Matsuo-Centerre A Joint Venture, LLC, and
Berkley Regional Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2014, a true and correct copy of the foregoing Fed Rule 26(a)(1) Disclosures were sent to the following via email:

Reed F. Morris, Esq.     RMorris@mallon-lonnquist.com
James C. Mallon, Esq.    jmallon@mallon-lonnquist.com
Mallon & Lonnquist, LLC
3200 Chery Creek South Drive
Denver, CO 80209
Attorneys for Plaintiff

                                               /s/ J. Douglas Scherling
                                               J. Douglas Scherling