**EXHIBIT 9**

**Page 17**

1   that concluded in terms of that level of involvement,
2   95 to 100 percent of your time, aside from this week
3   or weeks that we've been involved in this case?
4       A.  Right.  Outside of this type of
5   time/involvement, my overall time probably decreased
6   to a 50 to 75 percent level in the kind of March
7   through June of 2014 time frame.  And from June until
8   now, it's been just as needed for stuff like this or
9   miscellaneous closeout.
10      Q.  Okay.  Going back to Exhibit 7, had you
11  prepared a bid -- bid forms for asbestos abatement
12  prior to this one?
13      A.  I had not.
14      Q.  What experience did you have in putting
15  together -- I'm sorry.  Let me start this question
16  over.
17          Prior to the New Customs House, describe
18  your involvement, if any, in projects involving ACM
19  abatement.
20      A.  Several projects that I had worked on,
21  there were minor abatement items.  I did not have
22  direct involvement like we did on the U.S. Customs
23  House with the design or most of the abatement.
24          There were several projects that Centerre
25  had completed that I had very little involvement with

**Page 18**

1   that were more extensive with abatement, so I relied
2   on input from some of the personnel that had done
3   those types of projects.
4       Q.  In terms of putting together Exhibit 7,
5   what input or involvement from others did you have in
6   preparing the final draft?
7       A.  A significant amount of input.  The
8   document, as seen here in the final draft, my input to
9   this was primarily putting it on the joint venture
10  letterhead, making sure that there weren't any items
11  that were redundant or overlapping as far as content.
12          We had received, as part of the scope of
13  work that Walsh Environmental provided to us as the
14  joint venture, bid packages for abatement that they
15  had put together for previous projects, and we asked
16  them to provide input on the types of rates and
17  overall format of the bid form, and they provided what
18  you see in this document, both as far as content and
19  the request for unit rates.
20          The breakout listed on the first page was
21  a breakout that I had put together based on some of
22  the information that we needed to convey with the U.S.
23  GSA, the base bid and the ultimate -- but all the
24  documentation toward the back, second and third pages
25  with the unit prices, were items that Walsh felt we

**Page 19**

1   would need for the type of work to complete this
2   project.
3       Q.  Looking at the first paragraph on page 1
4   of Exhibit 7, there is reference to Walsh Abatement
5   Master Specifications.  Are you familiar with the
6   document that's referenced there?
7       A.  Yes, I am.
8       Q.  At the time Walsh prepared its abatement
9   summary of work and abatement master specifications in
10  June, describe the work that Walsh did in order to
11  develop that document.  My question would be limited
12  to ascertaining amounts of asbestos to the extent you
13  know.
14      A.  I think I understand what you're asking.
15  Would you rephrase it?
16      Q.  Thank you.  I'm happy to.
17          What work, in terms of ascertaining the
18  amounts of the asbestos located onsite, did Walsh do
19  to prepare the documents described in paragraph 1 of
20  Exhibit 7?
21      A.  So Walsh had a three-phase proposal to
22  us.  The first phase was completing a survey of the
23  building.  That took place prior to them producing
24  what's described in paragraph 1 as the asbestos
25  abatement summary of work and the Walsh Abatement

**Page 20**

1   Master Specifications.  The survey entailed Walsh
2   going to the U.S. Customs House mostly at nights to
3   survey different types of material, to identify if
4   they were ACM or not and, as best as they were able at
5   the time, determine where the quantities may be
6   present.  That was limited in a significant way by the
7   GSA not allowing destructive demolition in areas where
8   occupied workers were located.
9           But from that survey, they developed what
10  we called -- the second phase was the design phase.
11  They developed the design, which included drawings and
12  specifications and the summary of work, which entailed
13  trying to coordinate the other scopes of work that
14  needed to be completed to meet our requirements for
15  the GSA and how those scopes impacted asbestos and
16  where we would need to do abatement.
17          So their objective was trying to
18  coordinate between where we were impacting asbestos
19  from other trades and documenting that in a way that
20  we could try to produce a bid.
21      Q.  While we're on this line, what was
22  Phase III of Walsh's work?
23      A.  The onsite investigation, air monitoring,
24  clearances, so the administration, I guess, of the
25  contract.

21

1  Q. When Walsh had completed its survey and
2  design, materials were put out for potential asbestos
3  abatement subcontractors to bid on, correct?
4     A. Yes.
5     Q. Why don't you just describe for me the
6  process that Centerre used to obtain responses to what
7  is Exhibit 7.
8     A. Right. So we worked on developing a bid
9  package for the demolition and asbestos. We had
10 determined that it seemed most reasonable to have
11 those two scopes of work be completed by the same
12 contractor, so we attempted to write a scope of work
13 that described both the demolition and the abatement
14 that we would need to have completed at the Customs
15 House and provide the documentation as best that we
16 had at the time to allow them -- the bidders to
17 identify what that scope of work would look like and
18 provide a bid.
19    We -- this was one of the most difficult
20 parts of the project to define for bidding, so we
21 spent a fair amount of time trying to develop the
22 narrative that we presented to each bidder as well as
23 doing job walks and so forth.
24    So the sequence of events, prior to
25 bidding, we worked with Walsh to develop the

22

1  documentation for the drawings and specifications and
2  the bid package, and then we issued the bid package,
3  which included drawings and specs we made available
4  but didn't necessarily provide. If everybody wanted
5  some of the other documentation, because of the sizes
6  of the files, it was available, but not handed out.
7     And then we had job walks, several
8  different job walks where we -- you know, one in
9  particular, but several through the course of the
10 abatement bidding where we had bidders onsite to
11 review information they had received and try to
12 identify what that meant as far as onsite. And then
13 we gathered bids and reviewed and tried to make a
14 decision.
15    The primary effort that we had at
16 Centerre was taking the information that Walsh had
17 provided as far as the bid package samples,
18 coordinating that into something that was on our
19 letterhead and hopefully not redundant, and then also
20 writing a narrative, which is not part of Exhibit 7.
21 This is just the bid form. There was part of bid
22 packs No. 2 that was a written narrative. And our
23 attempt in that written narrative was to convey all of
24 the types of work we thought needed to take place for
25 the project.

23

1     Q. Who drafted the written narrative that
2  you just described that was part of the bid pack?
3     A. That was a combination of myself and Mark
4  Euwema, and it was reviewed by several other parties,
5  primarily Brent Meisheid as the chief estimator,
6  trying to get several eyes on it so we were being as
7  comprehensive as possible.
8     Q. Did Walsh review the written narrative?
9     A. I don't recall.
10    Q. One of the things that you described was
11 it be important not to have redundant or overlapping
12 issues with your bid pack or that narrative, I
13 presume. Why is that important?
14    A. The primary reason is Walsh had provided
15 two or three examples of bid packs that they had
16 issued in the past and there were components of
17 several of those that were useful, and so the work of
18 taking those two or three documents and condensing it
19 into one document, there were overlapping things
20 that -- just for the sake of not stating in page 1 and
21 in page 7 the exact same thing, there was some effort
22 in order to try to make it as concise as possible.
23 The primary goal of that was just trying to make it
24 have as much clarity as we could.
25    Q. Why is clarity important in contracting?

24

1     A. Because the goal in a contract is to have
2  a mutual understanding of the scope of work that needs
3  to be completed, and clarity from both sides of the
4  table is a key component to achieving that mutual
5  understanding.
6     Q. One of the things that Walsh was tasked
7  to do during its survey was identify quantities,
8  correct?
9     A. Yes.
10    Q. Quantities of ACM?
11    A. Correct.
12    Q. Did they do that?
13    A. They provided an estimate of quantities.
14 We would have liked to have a more definitive number
15 of each different type of ACM that was present onsite,
16 but they did provide an estimate to the best of their
17 knowledge based on review of previous documents and
18 the limited survey they were able to perform.
19    Q. What additional detail would you have
20 liked Walsh to have provided in its survey? And I'm
21 talking about the surveys that were produced in 2011.
22    A. It was not a fault of Walsh's. We would
23 have liked the opportunity to do destructive
24 demolition, which was limited by the GSA. It was not
25 something Walsh limited themselves or that we limited