# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 1:14-cv-00087 CMA-KMT
 3   _____

 4   DEPOSITION OF:   ALLAN MATSUO - November 14, 2014

 5   _____
     UNITED STATES OF AMERICA, for the use and benefit of
 6   HUDSPETH & ASSOCIATES, INC., a Colorado corporation,

 7   Plaintiffs,

 8   vs.

 9   CENTERRE CONSTRUCTION, a Colorado Corporation
     MATSUO ENGINEERING, LLC, a Colorado Limited Liability
10   Company
     MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint
11   Venture
     MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado
12   Limited Liability Company
     BERKLEY REGIONAL INSURANCE COMPANY, a Delaware
13   corporation,
     MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT
14   VENTURE, LLC, a Colorado Limited Liability Company,

15   Defendants and Third-Party Plaintiffs,

16   vs.

17   FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland
     Company,
18
     Third-Party Defendant.
19   _____

20

21

22

23   H+G

24
     Hunter + Geist, Inc.
25
```

303.832.5966         1900 Grant Street, Suite 1025      ▪ www.huntergeist.com
800.525.8490         Denver, CO 80203                   ▪ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case 1:14-cv-00087-CMA-KMT   Document 72-1   Filed 04/03/15   USDC Colorado   Page 3 of 4

U.S.A., et al. v. Centerre Construction, et al.    ALLAN MATSUO                    11/14/2014

**Page 13**

1    Q. Were you doing electrical engineering
2 with EMS?
3    A. Electrical engineering and fire alarm
4 design, yes.
5    Q. And when EMS -- I'm sorry. When you
6 started Matsuo Engineering, was electrical engineering
7 and fire alarm design -- did that continue to be part
8 of your work?
9    A. Yes.
10   Q. And if you could -- so am I correct that
11 you've been with Matsuo Engineering since 2005?
12   A. Yes.
13   Q. All right. Can you describe for me what
14 your relationship is to Matsuo Engineering, your
15 title. Employee? What are you?
16   A. It's an LLC and I'm the managing member.
17 The official title is principal.
18   Q. Are there any other members?
19   A. Not at this time, no.
20   Q. Have there been any other members?
21   A. Yes.
22   Q. At what point in time, going back in
23 time, did you become the sole member of the LLC?
24   A. In June of last year, as part of the
25 settlement of my divorce, I bought out my wife's

**Page 14**

1 share.
2    Q. Okay. I saw another name associated with
3 your company. What was your wife's -- ex-wife's name?
4    A. Vesta.
5    Q. Vesta. Other than her, did you ever have
6 any other members of the LLC?
7    A. No.
8    Q. How many employees does Matsuo
9 Engineering have?
10   A. Presently one.
11   Q. When is the last time it had any
12 employees?
13   A. We have one employee.
14   Q. Who is that?
15   A. Josh Schomer.
16   Q. Spell his name.
17   A. J-o-s-h, S-c-h-o-m-e-r.
18   Q. Other than Mr. Schomer, has Matsuo
19 Engineering, other than yourself, ever had any other
20 employees?
21   A. Yes.
22   Q. Okay. Who else?
23   A. Mark Euwema, E-u-w-e-m-a.
24   Q. When was Mr. Euwema an employee of Matsuo
25 Engineering?

**Page 15**

1    A. He was employed from, I believe, May of
2 2010 until August of this year.
3    Q. During that period of time, do you know
4 if Mr. Euwema was employed anywhere else other than
5 Matsuo Engineering, or was Matsuo Engineering his sole
6 employer?
7    A. As far as my understanding, he was just
8 our employee.
9    Q. Why did he leave your company?
10   A. The project was completed and we didn't
11 have any work to sustain his salary.
12   Q. Okay. What did you do to prepare for
13 today's deposition, aside from speaking with
14 Mr. Scherling?
15   A. No other real preparation.
16   Q. Did you review any documents?
17   A. No, I did not.
18   Q. If you could, since 2010, can you
19 describe for me the primary nature of Matsuo
20 Engineering's work, what type of work you do?
21   A. As far as --
22   Q. Yeah. I mean, how would you describe
23 Matsuo Engineering's work in terms of types of
24 projects, types of services you provide?
25   A. On the New Custom House project, we

**Page 16**

1 provided the electrical design and project management,
2 and that was Mark Euwema's primary project. He worked
3 on the New Custom House as the project manager.
4        On other projects, we continued to
5 provide electrical design and fire alarm design as
6 well. We subcontract out some mechanical design.
7    Q. In those instances when you would
8 subcontract out mechanical design, would Matsuo
9 Engineering be working as a general contractor or as a
10 sub and then have a sub-subcontractor doing
11 mechanical?
12   A. As a --
13       MR. SCHERLING: Form.
14   Q. (BY MR. MORRIS) Do you understand that
15 question?
16   A. I believe so.
17   Q. Okay. Go ahead.
18   A. Yes, we are typically a subcontractor
19 with the mechanical engineer as the sub-subcontractor.
20   Q. Aside from the New Customs House project,
21 has Matsuo -- and we'll talk about your role in that
22 later -- has Matsuo Engineering ever acted as a
23 general contractor?
24   A. Prior to the New Custom House?
25   Q. Or at any time other than the New Customs

Case 1:14-cv-00087-CMA-KMT   Document 72-1   Filed 04/03/15   USDC Colorado   Page 4 of 4

U.S.A., et al. v. Centerre Construction, et al.          ALLAN MATSUO                                    11/14/2014

**Page 17**

1  House.
2      A.  Yes.
3      Q.  What types of projects did Matsuo
4  Engineering act as a general contractor?
5      A.  We had two other projects with the GSA.
6      Q.  What were those?
7      A.  One was a building envelope repair
8  project and the other was a cabling -- data cabling
9  project.
10     Q.  Other than those two projects you just
11 identified with the GSA, again, aside from the New
12 Customs House project, has Matsuo Engineering ever
13 acted as a general contractor?
14     A.  No.
15     Q.  What year was the building envelope
16 repair project?
17     A.  That was this year, 2014.
18     Q.  In terms of dollar figures, what was the
19 size of the general contract that you entered into
20 with the GSA?
21     A.  I believe, roughly, 325,000.
22     Q.  Where is that project?
23     A.  Portal, North Dakota.
24     Q.  What types of subcontract -- well, have
25 you retained any subcontractors yet on the Portal,

**Page 18**

1  North Dakota, project?
2      A.  Yes.
3      Q.  How many subcontractors?
4      A.  Just one.
5      Q.  And what is the scope of work of that
6  subcontractor?
7      A.  General labor, insulation.
8      Q.  You said insulation?
9      A.  Insulation, yes.
10     Q.  All right.  The data cabling project,
11 what year was that project?
12     A.  That was earlier this year as well.
13     Q.  And where is the location?
14     A.  Downtown Denver.
15     Q.  What is the name of the project or the
16 actual nature of it?
17     A.  Like I said, it was just some
18 installation of data cabling.
19     Q.  In a building?
20     A.  Yes.
21     Q.  What building?
22     A.  In the New Custom House for the --
23     Q.  What was, in terms of a dollar figure,
24 the scope of that project?
25     A.  It was roughly $10,000.

**Page 19**

1      Q.  Did you retain any subcontractors on that
2  project?
3      A.  Yes.
4      Q.  How many?
5      A.  Two.
6      Q.  What was the nature of each of those two
7  subcontractors in terms of scope of work?
8      A.  One was just labor; furniture moving.
9  And the other one was for the actual data cable
10 installation.
11     Q.  When you said $10,000, that was the
12 entire scope of the contract between you -- or Matsuo
13 Engineering and GSA?
14     A.  Yes.
15     Q.  Is it fair to say that the New Customs
16 House project is the largest contract that Matsuo
17 Engineering has been involved with?
18     A.  I guess --
19     Q.  Well, thank you for asking me to --
20 before you asked me to clarify -- for indicating that
21 my question might not be clear.  Well, let's just jump
22 into the New Customs House project.
23         How did you or Matsuo Engineering become
24 involved the first -- well, how did you become
25 involved in the New Customs House project?

**Page 20**

1          MR. SCHERLING:  Form.
2      A.  We were -- we have a relationship with
3  Centerre Construction.  We have done work with them
4  since 1999, and Dave Hritz, the marketing director
5  over there, contacted us and said there was a posting
6  for a project as a design-build.  We have done
7  numerous design-build projects with them in the past.
8  He asked if we were interested in taking a look at it
9  and seeing if it was something that we wanted to
10 pursue.
11     Q.  (BY MR. MORRIS)  Based on those
12 discussions, how did Matsuo evaluate its decision on
13 whether or not to become involved?
14     A.  We took a look at the scope of the
15 project and there was -- it was posted as an 8(a)
16 project, so we were looking at potential benefits of
17 that part of it, since we were 8(a) certified, to see
18 if it was something that would be beneficial for us to
19 go after.
20     Q.  At the time Dave Hritz approached you
21 about the project, did Matsuo Engineering have any
22 other employees or professionals other than yourself?
23     A.  Yes.
24     Q.  Was that Mr. Schomer?
25     A.  Yes.