**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00087-CMA-KMT | Date: | May 5, 2015 |
| Courtroom Deputy: | Emily Buchanan | FTR: | Courtroom C-201 |

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of Hudspeth & Associates, Inc., a Colorado corporation, | Reed Morris<br>Craig Watrous |
| Plaintiff, | |
| v. | |
| CENTERRE CONSTRUCTION, a Colorado Corporation,<br>MATSUO ENGINEERING, LLC, a Colorado Limited Liability Company,<br>MATSUO ENGINEERING CENTERRE CONSTRUCTION, a Joint Venture,<br>MATSUO-CENTERRE A JOINT VENTURE, LLC, a Colorado Limited Liability Company,<br>BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,<br>MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC, a Colorado limited liability Company, and<br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | Maria Panichelli<br>J. Douglas Scherling |
| Defendants. | |

**COURTROOM MINUTES**

**FINAL PRETRIAL CONFERENCE/MOTION HEARING**

**1:33 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Defendants/Third-Party Plaintiffs' Motion in Limine to Exclude Evidence Not Produced in Discovery and Hearsay Fed. R. Civ. P 1006 Summaries (Doc. No. 52),

Defendants/Third-Party Plaintiffs' Motion to Exclude Expert Testimony (Doc. No. 65), and Plaintiff/Third-Party Defendant's Combined Unopposed Motion for Addition to Parties' Joint Exhibits List, and (Opposed) Motion for Leave to File Supplement to [Doc. 64] Response to Defendants' Motion in Limine and [Doc. 71] Response to Defendants' 702 Motion (Doc. No. 77).

**ORDERED:** Plaintiff/Third-Party Defendant's Combined Unopposed Motion for Addition to Parties' Joint Exhibits List, and (Opposed) Motion for Leave to File Supplement to [Doc. 64] Response to Defendants' Motion in Limine and [Doc. 71] Response to Defendants' 702 Motion (Doc. No. 77) is **GRANTED**.

**Joint Exhibits 1-59 (Doc. No. 76-1) are admitted for purposes of this hearing.**

| | |
|---|---|
| 1:41 p.m. | Argument by Ms. Panichelli regarding Defendants/Third-Party Plaintiffs' Motion to Exclude Expert Testimony (Doc. No. 65). |
| 2:25 p.m. | Response by Mr. Morris. |
| 2:57 p.m. | Rebuttal by Ms. Panichelli. |
| **3:10 p.m.** | **Court in recess.** |
| **3:22 p.m.** | **Court in session.** |

Discussion regarding the proposed final pretrial order, counsel preparing a joint exhibit list, and the volume of exhibits. Court notes the exhibits are not trial ready and proposes to finish the motion hearing today and reschedule the final pretrial conference portion.

Court addresses Defendants/Third-Party Plaintiffs' Motion to Exclude Expert Testimony (Doc. No. 65).

**ORDERED:** Defendants/Third-Party Plaintiffs' Motion to Exclude Expert Testimony (Doc. No. 65) is **GRANTED IN PART and DENIED IN PART.** The Court will exclude Plaintiff from calling Mr. Matsuo as an expert witness in their case. Defendants may depose Mr. Moss and Mr. Condon as experts, and these depositions shall be completed within 40 days of today's date, each deposition to last no more than 7 hours.

| | |
|---|---|
| 3:44 p.m. | Argument by Ms. Panichelli regarding Defendants/Third-Party Plaintiffs' Motion in Limine to Exclude Evidence Not Produced in Discovery and Hearsay Fed. R. Civ. P 1006 Summaries (Doc. No. 52). |
| 3:57 p.m. | Response by Mr. Morris. |
| 4:22 p.m. | Rebuttal by Ms. Panichelli. |

4:41 p.m.        Further response by Mr. Morris.

Court addresses Defendants/Third-Party Plaintiffs' Motion in Limine to Exclude Evidence Not Produced in Discovery and Hearsay Fed. R. Civ. P 1006 Summaries (Doc. No. 52).

**ORDERED:**   Defendants/Third-Party Plaintiffs' Motion in Limine to Exclude Evidence Not Produced in Discovery and Hearsay Fed. R. Civ. P 1006 Summaries (Doc. No. 52) is **DENIED.**

**ORDERED:**   A Telephonic Final Pretrial Conference is set for **July 7, 2015 at 10:00 a.m.** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. **Counsel shall either file a supplemental exhibit list or a new proposed pretrial order in advance of the hearing**.

**4:59 p.m.**        **Court in recess.**

Hearing concluded.
Total in-court time    3:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.