EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE CHRISTINE M. ARGUELLO**

Case No.:  1:14-cv-00087-CMA-KMT

Caption:  U.S.A. via Hudspeth & Associates v. Matsuo Centerre, *et al.*

**Plaintiff's and Third-Party Defendant's Witness List**

| **Will-Call Witness** | **Description of Testimony** | **Time** |
|---|---|---|
| Alan Matsuo – MC | Mr. Matsuo may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees; and his specific conversations and writings with GSA, pending claims, REA, and COFD **and *as also disclosed in Plaintiff's Rule 26(a)(2)(c) disclosures.* | TBD |
| Christopher Condon – H&A | Mr. Condon may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed and payments **and also as disclosed in Plaintiff's Rule 26(a)(2)(c) disclosures.* | TBD |
| Daniel Moss – H&A | Mr. Moss may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed and payments **and also as disclosed in Plaintiff's Rule 26(a)(2)(c) disclosures.* | TBD |
| Robert Levitt | Mr. Levitt may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, | TBD |

|  |  |  |
|---|---|---|
|  | documentation of work performed and payments. |  |
| **Expert Witnesses** | As set forth as Will or May Call Witnesses (also as lay witnesses) as set forth herein. |  |
| Alan Matsuo |  |  |
| Chris Condon |  |  |
| Daniel Moss |  |  |
| Kevin Troyer |  |  |
| Kylee Samuels |  |  |
|  |  |  |
| **May Call Witnesses** |  |  |
| Keith Griess<br>Contracts Administrator<br>City of Thornton<br>9500 Civic Center Drive<br>Thornton, CO 80229<br>303-538-7643 | Mr. Griess may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed. | TBD |
| Heather Miller -- H&A | Ms. Miller may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed. | TBD |
| Rob Schimberg – H&A | Mr. Schimberg may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, estimates, walk-through Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed. | TBD |
| Katy Amann – H&A | Ms. Miller may give testimony concerning, among other topics, Plaintiff's claims and defenses in this case, Plaintiff's business practices and operations on the Project, techniques, communications, negotiations, documentation of work performed, payments, invoicing, and records. | TBD |
| Mark Euwema – MC | Mr. Euwema may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | TBD |
| Jesse Steinert – MC | Mr. Steinert may give testimony concerning, | TBD |

2

| | | |
|---|---|---|
| | among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | |
| Dave Dunn – MC | Mr. Dunn may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | TBD |
| Nate Lucht – MC | Mr. Lucht may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | TBD |
| Paul Vargo – MC | Mr. Vargo may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | TBD |
| Ron Black – MC | Mr. Black may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | TBD |
| Steve Hritz – MC | Mr. Hritz may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business | TBD |

| | | |
|---|---|---|
| | operations, communications between management and employees; communications among employees and with Plaintiff; MC's communications and writings with GSA, pending claims, REA, and COFD. | |
| Ellen M. Cavallaro – Berkeley | Ms. Cavallaro may give testimony concerning, among other topics, Defendants' claims and defenses in this case, corporate organization of Defendants, Defendants' business operations, communications between management and employees; communications among employees and with Plaintiff. | TBD |
| Krag D. McKay<br>LVI Environmental Services | As to the scope, bid, work, payments and unit rates provided on the Project; communications with MC. | TBD |
| Mark Sampson<br>LVI Environmental Services | As to the scope, bid, work, payments and unit rates provided on the Project; communications with MC. | TBD |
| Bret Baumgartner<br>LVI Environmental Services | As to the scope, bid, work, payments and unit rates provided on the Project; communications with MC. | TBD |
| Len Wilson<br>GSA | As to the scope, bid, work, payments and unit rates provided on the Project; communications with MC. | TBD |
| Kevin M. Troyer - Terracon | Mr. Troyer may have information related to methods and progression employed on the Project, role of environmental consulting firm retained Methodology and purpose of asbestos survey  **and also as disclosed in Plaintiff's Rule 26(a)(2)(c) disclosures* | TBD |
| Don Miller - Walsh | Mr. Troyer may have information related to methods and progression employed on the Project, role of environmental consulting firm retained Methodology and purpose of asbestos survey, and scope of project. | |
| Kylee Samuels | | |
| | Ms. Samuels may give testimony regarding the role of a construction scheduling company to government contracting and general contracting including tracking; The role of the general produced reports **and also as disclosed in Plaintiff's Rule 26(a)(2)(c) disclosures* | TBD |
| **May present, in part, by Deposition:** | | |
| Alan Matsuo | | |

| | | |
|---|---|---|
| Mark Euwema | See above | TBD |
| Jesse Steinert | See above | TBD |
| | See above | TBD |
| **Other:** | | |
| Any and all witnesses identified by Defendants in their Witness List | | TBD |
| | | |
| | | |