**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE CHRISTINE M. ARGUELLO**

Case No.:  1:14-cv-00087-CMA-KMT

Caption:  U.S.A. via Hudspeth & Associates v. Matsuo Centerre, *et al.*

**Defendants/Counterclaimant/Third-Party Plaintiffs' Witness List**

**a.     NON-EXPERT WITNESSES**

1.     **Non-Expert witnesses who will be present at trial and expected to testify in person (***see* **Fed. R. Civ. P. 26(a)(3)(A)):**

| Will-Call Witness | Description of Testimony | Time |
|---|---|---|
| Jesse Steinert<br>c/o Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Steinert will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Steinert's testimony will span the entire New Custom House project ("the Project"), from the award of the Prime Contract to MC by GSA through completion of the Project in 2014.  Among other topics, his testimony will address the New Custom House Modernization Demolition and Abatement Bid Pack #2, the mandatory pre-bid site visit and award of the demolition and abatement subcontract ("the Subcontract") to Hudspeth as well as Hudspeth's performance on this Project.  Mr. Steinert will also address reporting requirements regarding ACM abatement.  Mr. Steinert will offer testimony in connection with Defendants' counterclaims, including, but not limited to: Hudspeth's breaches of the Subcontract; Hudspeth's misrepresentations and/or miscalculations regarding abatement rates and costs; and Hudspeth's | |

| | | |
|---|---|---|
| | abandonment of the Project and efforts undertaken to complete the Subcontract work.  Specifically, Mr. Steinert will testify about the demolition and abatement work performed by LVI, the follow-on subcontractor who completed the demolition and abatement work on the Project, as well as the other efforts (of both MC and other subcontractors) required to complete work within the scope of Hudspeth's Subcontract when Hudspeth ceased performance on the Project.  Mr. Steinert will also offer testimony regarding Hudspeth's failures to act in good faith and to deal fairly with MC on this Project.  Mr. Steinert will testify regarding Hudspeth's change order requests, Subcontract Amendments, schedule concerns and the reconciliation.  Mr. Steinert will also testify regarding the costs involved in the Project, schedule impacts incurred on the Project as a result of Hudspeth-caused delays and disruptions, and MC's damages in this case. | |
| Mark Euwema<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Euwema will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Euwema's testimony will span the entire Project, from the award of the Prime Contract to MC by GSA through completion of the Project in 2014.  Among other topics, his testimony will address the New Custom House Modernization Demolition and Abatement Bid Pack #2, the mandatory pre-bid site visit and award of Subcontract to Hudspeth as well as Hudspeth's performance on this Project.  Mr. Euwema will also address reporting requirements regarding ACM abatement.  Mr. Euwema will offer testimony in connection with Defendants' counterclaims, including, | |

| | | |
|---|---|---|
| | but not limited to: Hudspeth's breaches of the Subcontract; Hudspeth's misrepresentations and/or miscalculations regarding abatement rates and costs; and Hudspeth's abandonment of the Project and efforts undertaken to complete the Subcontract work.  Specifically, Mr. Euwema will testify about the demolition and abatement work performed by LVI, the follow-on subcontractor who completed the demolition and abatement work on the Project, as well as the other efforts (of both MC and other subcontractors) required to complete work within the scope of Hudspeth's Subcontract when Hudspeth ceased performance on the Project.  Mr. Euwema will also offer testimony regarding Hudspeth's failures to act in good faith and to deal fairly with MC on this Project.  Mr. Euwema will testify regarding Hudspeth's change order requests, Subcontract Amendments, schedule concerns and the reconciliation.  Mr. Euwema will also testify regarding the costs involved in the Project, schedule impacts incurred on the Project as a result of Hudspeth-caused delays and disruptions, and MC's damages in this case. | |
| Paul Vargo<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Vargo will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. Vargo's testimony will address the requirements under the New Custom House Modernization Demolition and Abatement Bid Pack #2 and the Subcontract entered into by Hudspeth.  Mr. Vargo's will offer testimony concerning the demolition and abatement work of LVI, and the costs incurred to complete the Subcontract work left uncompleted by | |

3

| | | |
|---|---|---|
| | Hudspeth when they abandoned the Project.  Mr. Vargo will also testify regarding Hudspeth's failures to act in good faith and to deal fairly with MC on the Project.  Mr. Vargo's testimony will address the reconciliation effort and Amendment 55, as well as the costs involved in the Project, schedule impacts incurred on the Project as a result of Hudspeth- caused delays and disruptions, and MC's damages in this case. | |
| Chuck Ecker<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Ecker will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. Ecker's testimony will address the costs involved in the Project and MC's damages in this case.  Specifically his testimony will likely include testimony concerning costs incurred to complete the Subcontract work left uncompleted by Hudspeth when they abandoned the Project and schedule impacts incurred on the Project as a result of Hudspeth caused delays and disruptions. | |
| Ellen Cavallaro<br>Berkley Regional Insurance<br>        Company<br>412 Mount Kemble Ave.<br>Ste. 310N<br>Morristown, NJ 07960<br>973-775-5023 | Ms. Cavalaro will offer testimony concerning Berkley's defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Ms. Cavallaro will testify about Hudspeth's notice of claim and Berkley's review of the information provided by Hudspeth and by MC.  She will testify regarding Berkley's decision(s) regarding Hudspeth's claim. | |
| Robert Levitt<br>Hudspeth and Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>303-791-5562 | Mr. Levitt will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against | |

| | | |
|---|---|---|
| | Fidelity.  Among other topics, Mr. Levitt's testimony will address the expertise and experience of Hudspeth as a demolition and abatement contractor as well as its experience and expertise in Federal government contracting and working with GSA.  Mr. Levitt will testify regarding Hudspeth standard policies and procedures, as well as the requirements of the Subcontract and Hudspeth's performance on the Project.  He will testify regarding Hudspeth's unit rates, as included in Hudspeth's bid and in the Subcontract, and the calculation of those rates.  Mr. Levitt will also testify about Hudspeth's staffing on the Project, and about discussions between Hudspeth and other parties regarding Hudspeth's completion of the Subcontract.  Mr. Levitt will testify regarding the signing of releases on this Project.  He will also testify regarding Hudspeth's efforts with respect to MC's reconciliation discussions. | |
| Christopher Condon Hudspeth and Associates, Inc. 4775 S. Santa Fe Circle Englewood, CO 80110 303-791-5562 | Mr. Condon will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. Condon's testimony will address the expertise and experience of Hudspeth as a demolition and abatement contractor as well as its experience and expertise in Federal government contracting and working with GSA.  Mr. Condon will testify regarding Hudspeth standard policies and procedures, as well as the requirements of the Subcontract and Hudspeth's performance on the Project. He will testify regarding Hudspeth's change order requests and pricing included therein as well as Hudspeth's applications for payment submitted to | |

| | | |
|---|---|---|
| | MC on this Project.  Mr. Condon will further testify regarding Hudspeth's unit rates, as included in Hudspeth's bid and in the Subcontract, and the calculation of those rates.  Mr. Condon will also testify about Hudspeth's staffing on the Project, and about discussions between Hudspeth and other parties regarding Hudspeth's completion of the Subcontract.  Mr. Condon will testify regarding the signing of releases on this Project.  He will also testify regarding Hudspeth's efforts with respect to MC's reconciliation discussions. | |
| Daniel Moss<br>Hudspeth and Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>303-791-5562 | Mr. Moss will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. Moss will provide testimony regarding the requirements of the Subcontract as well as Hudspeth's performance pursuant to the Subcontract and the specifications incorporated therein.<br>Mr. Moss will further offer testimony regarding Hudspeth's standard policies and procedures, the procedures used by Hudspeth on this Project, and potential differences between these.  He will testify regarding Hudspeth's unit rates, as included in Hudspeth's bid and in the Subcontract, and the calculation of those rates.  He will testify regarding Hudspeth's change order requests, the pricing of change order requests to include ACM quantities sought therein, and applications for payment submitted to MC on this Project. | |
| Robert Schimberg<br>Hudspeth and Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>303-791-5562 | Mr. Schimberg will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. Schimberg will testify | |

| | | |
|---|---|---|
| | regarding Hudspeth's bid on this Project, Hudspeth' estimating processes and practices, and the mandatory site visit he attended on behalf of Hudspeth. He will also testify regarding Hudspeth's standard operating policies and procedures. | |
| Krag McKay<br>Northstar Demolition and Remediation, Inc.,<br>5150 Fox Street<br>Denver, CO 80216<br>303-727-9205 | Mr. McKay will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Among other topics, Mr. McKay will testify concerning LVI's efforts, as the follow-on demolition and abatement subcontractor, to complete the Subcontract and necessary demolition and abatement work, after Hudspeth ceased performance on the Project.  He will offer testimony regarding LVI's standard practices, LVI's performance on the Project, and the costs incurred by LVI in performing demolition and abatement work on the Project. | |
| Kurt Pierce<br>7428 Chafe Circle<br>Arvada, CO  80003<br>720-589-7414 | Mr. Pierce will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Pierce was a Walsh employee who will offer testimony, among other things, concerning Walsh's involvement with the Project, the scope of abatement work necessary with respect to the Project, and the actual quantities of ACM encountered, quantities of ACM requiring abatement, and quantities of ACM actually abated on the Project.  He will further offer testimony about the Walsh reports relating to the Project. | |
| William Levy<br>303-917-4936 | Mr. Levy will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and | |

|  | Defendants' Third-party claim against Fidelity. Mr. Levy is a former Walsh employee who took over the AMS responsibilities after Kurt Peirce left the project. Mr. Levy will further offer testimony, among other things, concerning Walsh's involvement with the Project, the scope of abatement work necessary with respect to the Project, and the actual quantities of ACM encountered, quantities of ACM requiring abatement, and quantities of ACM actually abated on the Project. He will further offer testimony about the Walsh reports relating to the Project. |  |
|---|---|---|
| Tom Nowatny<br>Black Bear Const. Serv.,<br>550 Lipan St.#100<br>Denver, CO  80204<br>(303) 432-3515 | Mr. Nowatny will offer testimony concerning demolition of the trench in the basement of the New Custom House; work that was included in Hudspeth's subcontract but not completed by Hudspeth. |  |

2. **Non-Expert witnesses who may be present at trial if the need arises (*see* Fed. R. Civ. P. 26(a)(3)(A)):**

| **May Call Witnesses** | **Description of Testimony** | **Time** |
|---|---|---|
| Steve Hritz<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Hritz will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity. Mr. Hritz, if called to testify, can address Project matters from a higher management oversight perspective. He can address the contract with GSA, issues involving the additional ACM and MC's efforts to address these matters with the GSA. Mr. Hritz can address the establishment of the Joint Venture(s) and MC's bid/proposal efforts to obtain the contract for this Project from the GSA. |  |
| Brent Meisheid<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave | Mr. Meisheid will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as |  |

| | | |
|---|---|---|
| Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Meisheid, if called to testify, can address Project matters from a higher management oversight perspective.  He can address the contract with GSA, issues involving the additional ACM and MC's efforts to address these matters with the GSA.  Mr. Meisheid can address MC's bid/proposal efforts to obtain the contract for this Project from the GSA. | |
| Greg LeHew<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. LeHew will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. LeHew was an on-site foreman for MC on this Project and if called to testify can address the overall progress of the work and work performed by Hudspeth.  He can testify regarding his direct interactions with Hudspeth personnel and Hudspeth's delays, manning and cooperation on the Project. | |
| Dave Dunn<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Dunn will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Dunn was an on-site foreman for MC on this Project and if called to testify can address the overall progress of the work and work performed by Hudspeth.  He can testify regarding his direct interactions with Hudspeth personnel, and Hudspeth's delays, manning and cooperation on the Project. | |
| Ron Black<br>Centerre Construction, Inc.<br>4100 E. Mississippi Ave<br>Suite 1225<br>Denver, CO 80246<br>303-220-9400 | Mr. Black will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Black was an on-site | |

| | | |
|---|---|---|
| | foreman for MC on this Project and if called to testify can address the overall progress of the work and work performed by Hudspeth. He can testify regarding his direct interactions with Hudspeth personnel, and Hudspeth's delays, manning and cooperation on the Project. | |
| Allan Matsuo<br>Matsuo Engineering, LLC<br>760 Devinney Ct.<br>Golden, CO, 80401<br>303- 927-7497 | Mr. Matsuo will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity. Mr. Matsuo, if called to testify, can address Project matters from a higher management oversight perspective. He can address the contract with GSA, matters involving the design portion of the work on this Project and MC's relationship with the GSA. Mr. Matsuo can address the establishment of the Joint Venture(s) and MC's bid/proposal efforts to obtain the contract for this Project from the GSA. | |
| David Neumyer<br>JKS Industries, LLC<br>747 Sheridan Blvd., Unit 9A<br>Lakewood, CO 80214<br>303-238-0207 | Mr. Neumyer will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity. Mr. Neumyer will testify regarding Hudspeth's bid on this project, Hudspeth' estimating processes and practices, the mandatory site visit he attended on behalf of Hudspeth, etc. He will also testify regarding Hudspeth's standard operating policies and procedures. | |
| Heather Miller<br>Hudspeth and Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>303-791-5562 | Ms. Miller will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity. Ms. Miller, if called to testify, can address Hudspeth's standard operating policies | |

| | | |
|---|---|---|
| | and procedures as well as Subcontract requirements and Hudspeth's compliance or lack of compliance with those requirements.  Ms. Miller was involved with Change Order Requests and also signed a number of contract documents on behalf of Hudspeth. | |
| Katy Amman<br>Hudspeth and Associates, Inc.<br>4775 S. Santa Fe Circle<br>Englewood, CO 80110<br>303-791-5562 | Ms. Amman will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Ms. Amman, if called to testify, can address Hudspeth's standard operating policies and procedures as well as Subcontract requirements and Hudspeth's compliance or lack of compliance with those requirements.  Ms. Amman was involved with Change Order Requests and Applications for Payment and signed a number of contract documents on behalf of Hudspeth including Applications for Payment submitted to MC on this Project. | |
| Kevin Troyer<br>(former Walsh employee)<br>Terracon Consulting<br>3978 Ulster St.<br>Denver, CO 80207<br>303-287-5351 | Mr. Troyer will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  If called to testify, Mr. Troyer can address the asbestos abatement design, survey, abatement oversight, containment construction and approvals, visual inspections and air monitoring efforts.  He can also testify regarding reporting requirements and "close-out" reports prepared and submitted to MC on this Project. | |
| Jamie Garcia<br>Northstar Demolition and<br>Remediation, Inc.<br>5150 Fox Street<br>Denver, CO 80216<br>303-727-9205 | Mr. Garcia will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Garcia was an on-site foreman for LVI on this | |

| | | |
|---|---|---|
| | Project, and was involved in the demolition and abatement work that remained after Hudspeth abandoned the Project in August of 2013.  If called to testify Mr. Garcia can address LVI's efforts to complete work abandoned by Hudspeth.  He can also testify concerning LVI's standard practices employed on this Project. | |
| Jason Richardson<br>Northstar Demolition and<br>    Remediation, Inc.<br>5150 Fox Street<br>Denver, CO 80216<br>303-727-9205 | Mr. Richardson will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Richardson was an on-site foreman for LVI on this Project, and was involved in the demolition and abatement work that remained after Hudspeth abandoned the Project in August of 2013.  If called to testify Mr. Richardson can address LVI's efforts to complete work abandoned by Hudspeth.  He can also testify concerning LVI's standard practices employed on this Project. | |
| | | |
| Darrell Leonard<br>Zurich Surety-Dallas Contract<br>P.O. Box 968033<br>Schaumburg, IL 60196 | Mr. Leonard will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Leonard is a representative for Hudspeth's bonding company and if called to testify, can address MC's notice of claim and the bonding company's review of said claim and the supporting information provided by Hudspeth and by MC.  He can also address the bonding company's decision(s) regarding MC's claim. | |
| **Other:** | | |
| Any and all witnesses identified by Plaintiff and Third-Party Defendant in their Witness List | | |
| | | |

**b.    EXPERT WITNESSES**
   1.    **Expert witnesses who will be present at trial (***see* **Fed. R. Civ. P. 26(a)(3)(A)):**

| Will Call Witnesses | Description of Testimony | Time |
|---|---|---|
| Curtis Johnson<br>Alfred Benesch & Company<br>7979 E. Tufts Ave.<br>Suite 800<br>Denver, CO 80237<br>303-771-6868 | Mr. Johnson will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Johnson's testimony will reflect his expert report dated January 15, 2015 and address his qualifications as an asbestos expert. His testimony will include asbestos abatement work areas and containment requirements under the Project, means and methods employed by Hudspeth on the Project, typical locations of ACM materials in buildings similar to the New Custom House, and the process and responsibilities for work area clearances by asbestos abatement contractors, including Hudspeth.  He will also testify regarding statutory and regulatory requirements as well as industry practices in asbestos abatement work. He will testify regarding Hudspeth's procedures in asbestos abatement, the use of unit rates and how variations in ACM quantities are addressed in the industry.  Mr. Johnson will also testify regarding project close-out procedures, the use of reconciliation, and expectations of "experienced and knowledgeable asbestos abatement professionals" primarily in the bidding process.  Mr. Johnson will also testify regarding his analysis of Hudspeth's unit rates for the abatement and disposal of ACM pipe insulation and ACM pipe sealant; and his analysis of asbestos abatement containments as required under the Subcontract on the first and third floors of the New Custom | |

| | House. | |
|---|---|---|
| Susan C. McGourty, PE<br>Enhancement Engineering<br>303-691-2069 | Ms. McGourty will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Ms. McGourty's testimony will reflect her expert report dated January 15, 2015 and address her qualifications as a scheduling expert.  She will address the impact of Hudspeth's failures to complete its work in a timely manner on the construction schedule for the Project.  Ms. McGourty will address the Critical Path Method ("CPM") Schedule and updates thereto which include planned and actual start and finish dates for construction activities.  She will address the effect on the construction schedule of unforeseen ACM found on this Project.  She will address Subcontract requirements, including notice requirements, and Hudspeth's abandonment of the Project in August 2013.  She will address typical impacts of delays on construction contractors, those in the position of MC on this Project. | |

2.     **Expert witnesses who may be present at trial (see Fed. Civ. P.
26(a)(3)(A))**

| May Call Witnesses | Description of Testimony | Time |
|---|---|---|
| Jesse Steinert | Mr. Steinert will offer testimony concerning Defendants' defenses to Hudspeth's claims, as well as Defendants' Counterclaims against Hudspeth and Defendants' Third-party claim against Fidelity.  Mr. Steinert, if called as an expert witness in addition to a fact witness (see above), will be a rebuttal expert witness and will testify consistent with Defendants' Rebuttal Expert Disclosures made February 13, 2015.  Specifically, Mr. Steinert's testimony will address his qualifications | |

| | | |
|---|---|---|
| | as an expert and his areas of expertise; general construction contracting, project and subcontract management, and subcontract administration.  His testimony with further address change order policies and procedures, scheduling and estimating.  His testimony will address the Subcontract (Hudspeth's) on this Project, the Project schedule, the change order process identified in the Subcontract and Hudspeth's failure to consistently follow that process. His testimony will include identification of errant unit prices used by Hudspeth as well as other amounts Hudspeth in seeking in contradiction to the requirements of the Subcontract. | |